# Exhibit 6



KATHRYN TUCKER
Admitted in Washington
(206) 595-0097
kathryn@emergelawgroup.com

621 SW Morrison St., Suite 900, Portland, OR 97205

March 31, 2022

Drug Enforcement Administration
Freedom of Information and Records
Management Section
Attn: Intake Unit
8701 Morrissette Drive
Springfield, VA 22152
DEA.FOIA@dea.gov

Re: FOIA Request

Dear FOIA Officer:

This is a request under the Freedom of Information Act. I hereby request:

- All copies of records, documents, communications, and e-mails related to a rulemaking petition regarding "Rulemaking petition to reclassify psilocybin from a schedule I controlled substance to a Schedule II controlled substance" dated February 2, 2022, and sent to the DEA Administrator, including records evidencing the receipt of the rescheduling petition.

- All copies of records, documents, communications, and e-mails related to a request for waiver regarding "Access to Psilocybin for Limited Therapeutic Use Under State and Federal Right to Try Laws" dated February 10, 2022, and sent to the DEA Administrator, including records evidencing the receipt of the rescheduling petition.

The scope of this FOIA request is limited to records between February 1, 2022, and the present.

If you deny all or any part of this request, please cite each specific exemption you think justifies your refusal to release the information and notify me of appeal procedures available under the law.

If you have any questions regarding this request, please do not hesitate to contact me at kathryn@emergelawgroup.com.

Thank you for your consideration of this request and I look forward to hearing a prompt response within 21 days.

Sincerely,

*Kathryn Tucker*

Kathryn Tucker
Special Counsel