AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| **AIMS INSTITUTE, PLLC; SUNIL AGGARWAL; KATHERYN TUCKER; and MATTHEW C. ZORN** <br> *Plaintiff(s)* <br> v. <br> **MERRICK GARLAND, in his official capacity as U.S. Attorney General; ANNE MILGRAM, in her official capacity as Administrator of the U.S. Drug Enforcement Administration; U.S. DEPARTMENT OF JUSTICE; and U.S. DRUG ENFORCEMENT ADMINISTRATION.** <br> *Defendant(s)* | Civil Action No. **4:22-cv-02396** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Civil Process Clerk
Attn: U.S Attorney Jennifer B. Lowery
United States Attorney's Office
1000 Louisiana St.
Suite 2300
Houston, Texas 77002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Shane Pennington, VICENTE SEDERBERG LLP, 1115 Broadway, 12th Floor New York, NY 10010

        Kathryn Tucker, EMERGE LAW GROUP, 621 SW Morrison Street, Suite 900 Portland, OR 97205

        Matthew C. Zorn, YETTER COLEMAN LLP, 811 Main Street, Suite 4100 Houston, TX 77002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

                                                          *Signature of Clerk or Deputy Clerk*