Civil Action No. **4:22-cv-02396**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **DEA Administrator Anne Milgram**
was received by me on *(date)* **07/27/2022**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Per Rule 4(i) I mailed the Summons and Complaint by certified mail.

My fees are $ **0.00** for travel and $ **0.00** for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **7/28/22**

_____
*Server's signature*

Luke Gruber, Law Clerk
*Printed name and title*

Vicente Sederberg, 455 Sherman St. #390, Denver, CO 80203

*Server's address*

Additional information regarding attempted service, etc:

Civil Action No. 4:22-cv-02396

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Attorney General Garland

was received by me on *(date)* 07/27/2022 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Per Rule 4(i) I mailed the Summons and Complaint by certified mail.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/28/22

*Server's signature*

Luke Gruber, Law Clerk
*Printed name and title*

Vicente Sederberg, 455 Sherman St. #390, Denver, CO 80203

*Server's address*

Additional information regarding attempted service, etc:

Civil Action No. 4:22-cv-02396

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* The Drug Enforcement Administration
was received by me on *(date)* 07/27/2022 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Per Rule 4(i) I mailed the Summons and Complaint by certified mail.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/28/22

*Server's signature*

Luke Gruber, Law Clerk
*Printed name and title*

Vicente Sederberg, 455 Sherman St. #390, Denver, CO 80203

*Server's address*

Additional information regarding attempted service, etc:

Civil Action No. 4:22-cv-02396

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* The U.S. Department of Justice

was received by me on *(date)* 07/27/2022 .

☐ I personally served the summons on the individual at *(place)*
___ on *(date)* ___ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
___ , a person of suitable age and discretion who resides there,
on *(date)* ___ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ___ , who is
designated by law to accept service of process on behalf of *(name of organization)*
___ on *(date)* ___ ; or

☐ I returned the summons unexecuted because ___ ; or

☑ Other *(specify)*: Per Rule 4(i) I mailed the Summons and Complaint by certified mail.


My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/28/22

*Server's signature*

Luke Gruber, Law Clerk
*Printed name and title*

Vicente Sederberg, 455 Sherman St. #390, Denver, CO 80203

*Server's address*

Additional information regarding attempted service, etc:

Civil Action No. 4:22-cv-02396

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Attorney Jennifer Lowery

was received by me on *(date)* 07/27/2022 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Per Rule 4(i) I mailed the Summons and Complaint by certified mail and a copy was also sent by E-mail.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/28/22

*Server's signature*

Luke Gruber, Law Clerk
*Printed name and title*

Vicente Sederberg, 455 Sherman St. #390, Denver, CO 80203

*Server's address*

Additional information regarding attempted service, etc: