# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

AIMS INSTITUTE, PLLC, *et al.*,

*Plaintiffs*,

v.

MERRICK GARLAND, *et al.*,

*Defendants*.

Civil Action No. 4:22-CV-02396

## DISMISSAL ORDER

After reviewing the pleadings and evidence before the Court, including the Defendants' motion to dismiss, the Court finds that that this case should be, and is, dismissed with prejudice.

SIGNED on _____, 2022.


_____
Lynn N. Hughes
United States District Judge