# Exhibit 7



**U.S. Department of Justice**
Drug Enforcement Administration
FOIA and Privacy Act Unit
8701 Morrissette Drive
Springfield, Virginia 22152

July 13, 2022

Case Number: 22-00695-F

Subject: All records related to the receipt and processing of FOIA Request 22-00592-F. (February 1, 2022, and the present)

Kathryn Tucker
Emerge Law Group
621 Southwest Morrison Street, Suite 900
Portland, Oregon 97205
*Sent via e-mail:* kathryn@emergelawgroup.com

Dear Kathryn Tucker:

    This letter responds to your Freedom of Information Act/Privacy Act (FOIA/PA) request dated May 31, 2022, addressed to the Drug Enforcement Administration (DEA), FOIA/PA Unit, seeking access to information regarding the above subject.

    Please be advised that this office is currently processing FOIA case number 22-00592-F. Therefore, we are administratively closing this request for the processing notes.  Once FOIA case number 22-00592-F is completed, please feel free to resubmit you request.

    You may contact our FOIA Public Liaison at (571) 776-2300 for any further assistance and to discuss any aspect of your request.  Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer.  The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at (202) 741-5770; toll free at 1-877-684-6448; or facsimile at (202) 741-5769.

    If you are not satisfied with DEA's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website:  https://www.justice.gov/oip/submit-and-track-request-or-appeal.  Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request.  If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Case Number: 22-00695-F  Page 2

    If you have any questions regarding this letter, you may contact our FOIA Requester Service Center at (571) 776-2300.

Sincerely,

Yvette D. Davis, Chief
Intake Sub-Unit
Freedom of Information and Privacy Act Unit