# Zorn, Matt

| | |
|---|---|
| **From:** | DEA.FOIA@dea.gov |
| **Sent:** | Tuesday, August 30, 2022 7:49 AM |
| **To:** | Zorn, Matt |
| **Subject:** | DEA FOIA/PA Case Number: 22-01012-F |

Dear Matthew Zorn:

    This e-mail responds to your Freedom of Information Act/Privacy Act (FOIA/PA) request dated August 29, 2022, received by the Drug Enforcement Administration (DEA), FOIA/PA Unit, seeking access to DEA records. Your request has been opened and assigned the following case number: 22-01012-F. Please include this case number when communicating with this office.

    The records you seek require searches in another office or offices, and so your request falls within "unusual circumstances." See 5 U.S.C. § 552(a)(6)(B)(i)-(iii). Because of these unusual circumstances, we are extending the time limit to respond to your request beyond the ten additional days provided by the statute. We have not yet completed a search to determine whether there are records within the scope of your request. The time needed to process your request will necessarily depend on the complexity of our records search and on the volume and complexity of any records located. For your information, this office assigns incoming requests to one of three tracks: simple, complex, or expedited. Each request is then handled on a first-in, first-out basis in relation to other requests in the same track. Simple requests usually receive a response in approximately one month, whereas complex requests necessarily take longer. At this time, your request has been assigned to the complex track. You may wish to narrow the scope of your request to limit the number of potentially responsive records or agree to an alternative time frame for processing, should records be located; or you may wish to await the completion of our records search to discuss either of these options.

    We regret the necessity of this delay, but please be assured that your request will be processed as soon as possible. If you have any questions or wish to discuss reformulation or an alternative time frame for the processing of your request, you may contact our FOIA Requester Service Center at (571) 776-2300, or e-mail your correspondence to DEA.FOIA@dea.gov.

    In addition, you may wish to visit our website at www.dea.gov to determine if the information you are requesting is already available to the public. You may contact our FOIA Public Liaison at (571) 776-2300 for any further assistance and to discuss any aspect of your request. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at (202) 741-5770; toll free at 1-877-684-6448; or facsimile at (202) 741-5769.

Sincerely,

Yvette D. Davis, Chief
Intake Sub-Unit
FOIA/PA Unit
Drug Enforcement Administration
Telephone: (571) 776-2300
E-mail: DEA.FOIA@dea.gov

PRIVACY ACT NOTICE: This e-mail (including any attachments herein) may contain personal and privileged information that requires protection in compliance with the Privacy Act of 1974 (5 U.S.C. § 552a). Any use of this information by anyone other than the intended recipient is prohibited. If you have received this communication in error, please immediately delete all copies of this information and notify me by e-mail. The use, dissemination, distribution, or reproduction of this communication by unintended recipients is not authorized and may be unlawful.