UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AIMS INSTITUTE, PLLC, *et al.*, <br> *Plaintiffs*, <br> v. <br> MERRICK GARLAND, *et al.*, <br> *Defendants*. | Civil Action No. 4:22-CV-02396 |

## DISMISSAL ORDER

After reviewing the pleadings and evidence before the Court, including the Defendants' second motion to dismiss, the Court finds that that this case should be, and is, dismissed with prejudice.

SIGNED on _____, 2022.

_____
Lynn N. Hughes
United States District Judge