## Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Lynn N. Hughes |
| CASE MANAGER | Glenda Hassan |
| LAW CLERK | ☑ Morris      ☐ Ren |

**DATE** Oct. 17, 2022

**TIME** 10:30 a.m. _____ 11:05 a.m.

**CIVIL ACTION** 4:22 — CV — 02396

**STYLE** AIMS Institute, et al.
*versus*
Garland, et al.

## DOCKET ENTRY

☑ Conference  ☐ Hearing  Day ____  ☐ Bench  ☐ Jury Trial   Reporter: _Capetillo_

Shane Pennington _____ for _Plaintiffs_____

Matthew C. Zorn _____ for _Plaintiffs_____

Jimmy A. Rodriguez _____ for _United States / Defendants_

_____ for _____

☐  Evidence taken [exhibits, testimony]: _____

☐  Argument heard on: _____

☐  Motions taken under advisement: _____

☑  Order to be entered.

☑  Internal review set: _NOV. 7, 2022_

☐  Rulings rendered on: _____