| United States District Court | Southern District of Texas |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
October 18, 2022
Nathan Ochsner, Clerk

AIMS Institute, PLLC, et al., §
§
    Plaintiffs, §
§
versus §    Civil Action H-22-2396
§
Merrick Garland, et al., §
§
    Defendants. §

## Order to Report

By October 31, 2022, the parties must jointly report the following:

1. Proposed topics for the plaintiffs' deposition of the Government's Rule 30(b)(6) representative(s);

2. The agreed date for the deposition of the Government's Rule 30(b)(6) representative(s); and

3. Deadlines by which the parties may file cross-motions for summary judgment or other dispositive motions.

It is further ordered that the plaintiffs need not respond to the Government's pending motion(s) to dismiss at this time.

Signed on October 18, 2022, at Houston, Texas.

    Lynn N. Hughes
    United States District Judge