United States District Court
Southern District of Texas
**ENTERED**
November 02, 2022
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

| | | |
|---|---|---|
| AIMS Institute, PLLC, et al., | § § § § § § § § § § | |
| Plaintiffs, | | |
| versus | | Civil Action H-22-2396 |
| Merrick Garland, et al., | | |
| Defendants. | | |

## Discovery and Case Management Order

1. The Court has received the parties' joint status report and reviewed the parties' disagreements as to deposition topics and document requests:[1]

    A. The Government's objections to the plaintiffs' deposition topics for the Government's Rule 30(b)(6) representative(s) are overruled, except that Topics 4 – 6 and 12 are to be limited to Department-wide policies and those specific to the DEA. Plaintiffs are not to inquire about policies and procedures specific to non-DEA offices or divisions.

    B. The plaintiffs are permitted to request documents to be produced at the Rule 30(b)(6) deposition, as outlined in Exhibit A to the parties joint status report,[2] except that the Government's objection to Request No. 1 is sustained. The parties are encouraged to find a creative solution to this request resolving any security or law enforcement concerns.

---

[1] [Doc. 12-1].

[2] *Id.* at 8.

2. By December 15, 2022, the parties must jointly report the status of the Rule 30(b)(6) deposition.

3. By January 27, 2023, the parties may move dispositively.

4. By February 27, 2023, the parties may respond to any dispositive motions.

5. The parties may not file responses in support of dispositive motions without leave of court.

Signed on November 2, 2022, at Houston, Texas.

Lynn N. Hughes
United States District Judge