UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AIMS INSTITUTE, PLLC, *et al.*, <br> *Plaintiffs*, <br> v. <br> MERRICK GARLAND, *et al.*, <br> *Defendants*. | Civil Action No. 4:22-CV-02396 |

## ORDER RESETTING DEADLINE

The Court grant's the Agreed Motion to Reset the Deadline for Filing a Joint Status Report, Doc. 14.

By January 6, 2023, the parties must jointly report the status of the Rule 30(b)(6) deposition.

SIGNED on December _____, 2022.

_____
Lynn N. Hughes
United States District Judge