UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

December 15, 2022

Nathan Ochsner, Clerk

| | | |
|---|---|---|
| AIMS Institute, PLLC, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| versus | § | Civil Action H-22-2396 |
| | § | |
| Merrick Garland, et al., | § | |
| | § | |
| Defendants. | § | |

## Order to Report

By January 6, 2023, the parties must jointly report the status of the Rule 30(b)(6) deposition of the government's representative.

Signed on December **15**, 2022, at Houston, Texas.

Lynn N. Hughes
United States District Judge