# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| AIMS INSTITUTE, PLLC, *et al.*, | |
| *Plaintiffs*, | |
| v. | Civil Action No. 4:22-CV-02396 |
| MERRICK GARLAND, *et al.*, | |
| *Defendants*. | |

## JOINT STATUS REPORT

In accordance with the Court's December 15, 2022 Order to Report, Plaintiffs AIMS Institute, PLLC et al. and Defendants, Attorney General Merrick Garland, et al., hereby state as follows:

1.  The Court authorized Plaintiffs to take a 30(b)(6) deposition of Defendants in this case. Plaintiffs took the deposition on January 5, 2023.

2. No further discovery is needed in this matter. The Parties intend to propose a revised summary judgment briefing schedule for the Court by next Friday, January 13, 2023.

3.  Plaintiffs state that they anticipate requesting leave to amend to add claims relating to other DOJ/DEA violations of the Freedom of Information Act uncovered during the 30(b)(6) deposition. The proposed additional claims require no additional discovery and can be decided as a matter of law on the current record.

The Parties therefore request that the Court set a January 13, 2023 deadline to submit a revised briefing schedule to the Court.

DATED: January 6, 2023

Respectfully Submitted,

s/ *Jimmy A. Rodriguez*
Jimmy A. Rodriguez
Assistant United States Attorney
Southern District of Texas
Attorney in Charge
Texas Bar No. 24037378
Federal ID No. 572175
1000 Louisiana, Suite 2300
Houston, Texas 77002
Tel: (713) 567-9532
Fax: (713) 718-3303
jimmy.rodriguez2@usdoj.gov

Of counsel:
Glenn Gray
Attorney
Drug Enforcement Administration
Office of Chief Counsel, Administrative and
General Law Section
8701 Morrissette Dr., Springfield, VA 22152

Attorneys for Defendants

/s/ *Shane Pennington*
Shane Pennington
Vicente Sederberg LLP
1115 Broadway, 12th Floor
New York, NY 10010
T: (917) 338-5455
F: (303) 860-4505
s.pennington@vicentesederberg.com

Kathryn L. Tucker
Director of Advocacy
206-595-0097
kathryn@yournpa.org
National Psychedelic Association

Matthew C. Zorn
Yetter Coleman LLP
mzorn@yettercoleman.com

811 Main Street, Suite 4100
Houston, TX 77002
T: (713) 632-8000
F: (713) 632-8002

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that on January 6, 2023, a true and correct copy of the foregoing was filed with the United States District Clerk for the Southern District of Texas and electronically served on all counsel of record via the District's ECF system.

*s/ Jimmy A. Rodriguez*
Jimmy A. Rodriguez
Assistant United States Attorney