United States District Court
Southern District of Texas
**ENTERED**
January 10, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| AIMS Institute, PLLC, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| versus | § | Civil Action H-22-2396 |
| | § | |
| Merrick Garland, et al., | § | |
| | § | |
| Defendants. | § | |

## Order to Report

By January 13, 2023, the parties must jointly report any proposed changes to the existing discovery and case management order,[1] including the dispositive motion deadline and a proposed deadline to seek leave to amend pleadings. (17)

Signed on January __9__, 2023, at Houston, Texas.

Lynn N. Hughes
United States District Judge

---

[1] [Doc. 13].