# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| AIMS INSTITUTE, PLLC, *et al.*, <br> *Plaintiffs*, <br> v. <br> MERRICK GARLAND, *et al.*, <br> *Defendants*. | Civil Action No. 4:22-CV-02396 |

## JOINT PROPOSED SCHEDULE

In accordance with the Court's January 9, 2023 Order to Report, Plaintiffs AIMS Institute, PLLC et al. and Defendants, Attorney General Merrick Garland, et al., hereby propose a schedule for resolving this case. As the Court is aware, it authorized Plaintiffs to take a 30(b)(6) deposition of Defendants in this case. Plaintiffs took the deposition on January 5, 2023. The parties agree that no further discovery is needed in this matter before dispositive motions. The parties propose the following deadline for amending the pleadings and a revised dispositive motion briefing schedule:

2. By January 24, 2023, Plaintiffs will file any amendment to the pleadings. (*Defendants consent to the filing of an amended complaint but reserve all defenses*).

3. By February 24, 2023, Plaintiffs will move dispositively.

4. By March 24, 2023, Defendants will respond and move dispositively. (*The parties stipulate this is the Defendants' deadline for responding, and that the dispositive motion will constitute a response, to any amended pleading*).

5. By April 10, 2023, Plaintiffs may file a response/reply.

The parties believe that the foregoing proposed schedule will lead to the efficient resolution of this matter.

DATED: January 13, 2023

                                              Respectfully Submitted,

*s/Jimmy A. Rodriguez*
Jimmy A. Rodriguez
Assistant United States Attorney
Southern District of Texas
Attorney in Charge
Texas Bar No. 24037378
Federal ID No. 572175
1000 Louisiana, Suite 2300
Houston, Texas 77002
Tel: (713) 567-9532
Fax: (713) 718-3303
jimmy.rodriguez2@usdoj.gov

Of counsel:
Glenn Gray
Attorney
Drug Enforcement Administration
Office of Chief Counsel, Administrative and General Law Section
8701 Morrissette Dr., Springfield, VA 22152

Attorneys for Defendants

*/s/ Shane Pennington*
Shane Pennington
Vicente Sederberg LLP
1115 Broadway, 12th Floor
New York, NY 10010
T: (917) 338-5455
F: (303) 860-4505
s.pennington@vicentesederberg.com

Kathryn L. Tucker
Director of Advocacy
206-595-0097
kathryn@yournpa.org
National Psychedelic Association

2

> Matthew C. Zorn
> Yetter Coleman LLP
> mzorn@yettercoleman.com
> 811 Main Street, Suite 4100
> Houston, TX 77002
> T: (713) 632-8000
> F: (713) 632-8002
>
> Attorneys for Plaintiffs

### CERTIFICATE OF SERVICE

I certify that on January 13, 2023, a true and correct copy of the foregoing was filed with the United States District Clerk for the Southern District of Texas and electronically served on all counsel of record via the District's ECF system.

> *s/ Jimmy A. Rodriguez*
> Jimmy A. Rodriguez
> Assistant United States Attorney