UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
January 19, 2023
Nathan Ochsner, Clerk

| | |
|---|---|
| AIMS Institute, PLLC, et al., § § Plaintiffs, § § versus § § Merrick Garland, et al., § § Defendants. § | Civil Action H-22-2396 |

## Case Management Order

Having received the parties' joint proposed changes[1] to the existing case management order,[2] it is ordered:

1. By January 24, 2023, the plaintiffs may amend their pleadings.

2. By February 24, 2023, the plaintiffs may move dispositively.

3. By March 24, 2023, the defendants may respond to the plaintiffs' dispositive motions and may move dispositively.

4. By April 10, 2023, the plaintiffs may respond to the defendants' dispositive motions and reply in support of their own dispositive motions.

5. By April 17, 2023, the defendants may file a reply in support of their dispositive motions.

---

[1] [Doc. 19].

[2] [Doc. 13].

6.  By April 21, 2023, the parties must jointly report the status of the case and whether they are willing to mediate. If so, the report must include the name of an agreed-upon mediator.

Signed on January __18__, 2023, at Houston, Texas.

                                          Lynn N. Hughes
                                     United States District Judge