UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
February 06, 2023
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| AIMS Institute, PLLC, et al., | § § § § | |
| Plaintiffs, | § | |
| versus | § § | Civil Action H-22-2396 |
| Merrick Garland, et al., | § § | |
| Defendants. | § § | |

## Case Management Order

The government's August 6, 2022 motion to dismiss has been superseded and is terminated. (6)

Signed on February 3, 2023, at Houston, Texas.

Lynn N. Hughes
United States District Judge