IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AIMS INSTITUTE, PLLC et al. | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action H-22-02396 |
| MERRICK GARLAND, et al. | § § § | |
| Defendants. | | |

**PLAINTIFFS' UNOPPOSED MOTION TO DISMISS AND RECAPTION CASE**

Plaintiffs respectfully request the Court dismiss AIMS Institute, Sunil Aggarwal, and Kathryn Tucker as parties and that the case be recaptioned *Matthew C. Zorn v. U.S. Department of Justice et al.*

The Government is not opposed to the relief set out herein.

-2-

Dated: February 21, 2023　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Matthew C. Zorn*
　　　　　　　　　　　　　　　　　　　　　　Matthew C. Zorn
　　　　　　　　　　　　　　　　　　　　　　YETTER COLEMAN LLP
　　　　　　　　　　　　　　　　　　　　　　mzorn@yettercoleman.com
　　　　　　　　　　　　　　　　　　　　　　811 Main Street, Suite 4100
　　　　　　　　　　　　　　　　　　　　　　Houston, TX 77002
　　　　　　　　　　　　　　　　　　　　　　T: (713) 632-8000
　　　　　　　　　　　　　　　　　　　　　　F: (713) 632-8002

　　　　　　　　　　　　　　　　　　　　　　Shane Pennington
　　　　　　　　　　　　　　　　　　　　　　VICENTE SEDERBERG LLP
　　　　　　　　　　　　　　　　　　　　　　1115 Broadway, 12th Floor
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10010
　　　　　　　　　　　　　　　　　　　　　　T: (917) 338-5455
　　　　　　　　　　　　　　　　　　　　　　F: (303) 860-4505
　　　　　　　　　　　　　　　　　　　　　　s.pennington@vicentesederberg.com

　　　　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR MATTHEW C. ZORN

**Certificate of Service**

　　　I certify that on February 21, 2023, a copy of this document was served on all counsel of record.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Matthew C. Zorn*
　　　　　　　　　　　　　　　　　　　　　　Matthew C. Zorn