IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AIMS INSTITUTE, PLLC et al. | § § § | |
| Plaintiffs, | § § § | |
| v. | § | Civil Action H-22-02396 |
| MERRICK GARLAND, et al. | § § § | |
| Defendants. | § | |

## ORDER

The Court has considered Plaintiffs' Unopposed Motion to Dismiss and Recaption Case and finds that the Motion should be GRANTED. Accordingly, it is hereby ORDERED that Plaintiffs' Unopposed Motion to Dismiss and Recaption Case is GRANTED in its entirety.

SIGNED at Houston, Texas, on _____ 2023.

_____
ANDREW B. TIPTON
UNITED STATES DISTRICT JUDGE