**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| AIMS INSTITUTE, PLLC et al. | § | |
| | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action H-22-02396 |
| | § | |
| MERRICK GARLAND, et al. | § | |
| | § | |
| Defendants. | | |

**ORDER**

The Court has considered Zorn's Motion to Vacate Schedule, for In-Person Status Conference, and for Partial Summary Judgment on Issue of Whether the Drug Enforcement Administration is an "Agency" Under 5 U.S.C. § 552(F), any responses or replies thereto, and any arguments of counsel, and finds that the Motion should be GRANTED. Accordingly, it is hereby ORDERED that Zorn's Motion to Vacate Schedule, for In-Person Status Conference, and for Partial Summary Judgment on Issue of Whether the Drug Enforcement Administration is an "Agency" Under 5 U.S.C. § 552(F) is GRANTED in its entirety. An status conference is hereby set for _____, 2023, at __:__ _.m.

SIGNED at Houston, Texas, on _____ 2023.

ANDREW B. TIPTON
UNITED STATES DISTRICT JUDGE