United States District Court
Southern District of Texas
**ENTERED**
February 22, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AIMS INSTITUTE, PLLC et al. | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action H-22-02396 |
| MERRICK GARLAND, et al. | § § § | |
| Defendants. | | |

## ORDER

The Court has considered Plaintiffs' Unopposed Motion to Dismiss and Recaption Case and finds that the Motion should be GRANTED. Accordingly, it is hereby ORDERED that Plaintiffs' Unopposed Motion to Dismiss and Recaption Case is GRANTED in its entirety.

SIGNED at Houston, Texas, on _____February 22_____ 2023.

_____
DREW B. TIPTON
UNITED STATES DISTRICT JUDGE