UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MATTHEW C. ZORN, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:22-cv-02396 |
| U.S. DEPARTMENT OF JUSTICE, ET AL. | § § § § | |
| Defendants. | § § | |

**UNOPPOSED MOTION TO VACATE SCHEDULING ORDER
AND FOR STATUS CONFERENCE**

Plaintiff Matthew C. Zorn respectfully requests the Court vacate the scheduling order currently entered in this case, Dkt. 20, and additionally requests a status conference be set at the Court's earliest convenience. But as noted by the Government, the need for a status conference in this case is not urgent or otherwise time sensitive.

On January 19, 2023, the Court entered the current schedule order (Dkt. 20). For the reasons stated in the previously filed Motion to Vacate (Dkt. 25), the deadlines in this scheduling order need to be vacated. Also, Mr. Zorn believes the case would additionally benefit from a status conference to discuss recent developments and the progression of the case moving forward.

In view of the above, Mr. Zorn requests that the current schedule, Dkt. 20, be vacated. Additionally, Mr. Zorn requests the Court set a status conference at the Court's convenience. The Government is not opposed to this relief.

Dated: February 22, 2023                Respectfully submitted,

                                        */s/ Matthew C. Zorn*
                                        Matthew C. Zorn
                                        YETTER COLEMAN LLP
                                        mzorn@yettercoleman.com
                                        811 Main Street, Suite 4100
                                        Houston, TX 77002
                                        T: (713) 632-8000
                                        F: (713) 632-8002

                                        Shane Pennington
                                        VICENTE SEDERBERG LLP
                                        1115 Broadway, 12th Floor
                                        New York, NY 10010
                                        T: (917) 338-5455
                                        F: (303) 860-4505
                                        s.pennington@vicentesederberg.com

                                        ATTORNEYS FOR PLAINTIFF


### CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                        */s/ Matthew C. Zorn*
                                        Matthew C. Zorn


### CERTIFICATE OF CONFERENCE

I hereby certify that on February 21, 2023, I conferred with the Government. The Government is not opposed to vacating the schedule and holding a status conference.

                                        */s/ Matthew C. Zorn*
                                        Matthew C. Zorn

**WORDS**

I certify that this filing has 154 words, excluding the case caption, signature block, and certificates.

<u>/s/ Matthew C. Zorn</u><br>
Matthew C. Zorn