UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MATTHEW C. ZORN, | § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Action No. 4:22-cv-02396 |
| U.S. DEPARTMENT OF JUSTICE, ET AL. | | |
| Defendants. | | |

**ORDER**

Upon consideration of Plaintiff Matthew C. Zorn's Unopposed Motion to Vacate Scheduling Order and for Status Conference, the Court has determined the Motion should be GRANTED in its entirety.

Accordingly, it is ORDERED the current schedule, Dkt. 20, is hereby vacated.

It is FURTHER ORDERED this case is set for a status conference on _____, 2023 at \_\_:\_\_ \_.m.

SIGNED at Houston, Texas, on _____ 2023.

ANDREW B. TIPTON
UNITED STATES DISTRICT JUDGE