UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MATTHEW C. ZORN, | § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Action No. 4:22-cv-02396 |
| U.S. DEPARTMENT OF JUSTICE, ET AL. | | |
| Defendants. | | |

**ORDER**

The Court has considered Zorn's Motion for Partial Summary Judgment on Issue of Whether the Drug Enforcement Administration is an "Agency" Under 5 U.S.C. § 552(F), any responses or replies thereto, and any arguments of counsel, and finds that the Motion should be GRANTED. Accordingly, it is hereby ORDERED that Zorn's Motion for Partial Summary Judgment on Issue of Whether the Drug Enforcement Administration is an "Agency" Under 5 U.S.C. § 552(F) is GRANTED in its entirety.

SIGNED at Houston, Texas, on _____ 2023.

ANDREW B. TIPTON
UNITED STATES DISTRICT JUDGE