United States District Court
Southern District of Texas
**ENTERED**
February 24, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MATTHEW C. ZORN, § § Plaintiff, § § v. § § U.S. DEPARTMENT OF JUSTICE, ET AL. § § § Defendants. § | Civil Action No. 4:22-cv-02396 |

### ORDER

Upon consideration of Plaintiff Matthew C. Zorn's Unopposed Motion to Vacate Scheduling Order and for Status Conference, the Court has determined the Motion should be GRANTED in its entirety.

Accordingly, it is ORDERED the current schedule, Dkt. 20, is hereby vacated.

It is FURTHER ORDERED this case is set for a status conference on March 3, 2023 at 2:15 p.m.

SIGNED at Houston, Texas, on February 24 2023.

_____
DREW B. TIPTON
UNITED STATES DISTRICT JUDGE