UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MATTHEW C. ZORN, | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:22-cv-02396 |
| U.S. DEPARTMENT OF JUSTICE, ET AL. | § § § | |
| Defendants. | § § | |

**ORDER**

The Court has considered Zorn's Motion for Targeted Discovery, any responses or replies thereto, and any arguments of counsel, and finds that the Motion should be GRANTED. Accordingly, it is hereby ORDERED that Zorn's Motion for Targeted Discovery is GRANTED in its entirety.

SIGNED at Houston, Texas, on _____ 2023.

_____
DREW B. TIPTON
UNITED STATES DISTRICT JUDGE