# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| MATHEW ZORN, *Plaintiff*, v. MERRICK GARLAND, *et al.*, *Defendants*. | Civil Action No. 4:22-CV-02396 |

## UNOPPOSED MOTION TO RESET THE DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendants, Attorney General Merrick Garland, et al., request that the Court reset the Defendants' deadline to file a response to Plaintiff's Motion for Partial Summary Judgment. Plaintiff does not oppose this motion. In further support of this motion, Defendants would show the Court the following:

1. The Court held a status conference with the parties on March 3, 2023. During the status conference, the parties discussed the issue of whether discovery should be permitted in this action. Also at the conference, the parties discussed the deadline for Defendants to respond to Plaintiff's motion for partial summary judgment (Dkt. No. 28). The Court extended Defendants' response deadline to April, 3, 2023, but with the understanding that the deadline would likely need to be extended again if the discovery issue had yet to be resolved.

2. On March 24, 2023, Plaintiff filed a motion for discovery (Dkt. No 31). Defendants' response is currently due on April 14, 2023.

3. Because the discovery issue has yet to be resolved, Defendants' request that the Court extend their deadline for responding to Plaintiff's motion for partial summary judgment to May

3, 2023. If the discovery issue is not resolved by that time, an additional extension may be requested – as discussed at the March 3rd status conference.

DATED: March 30, 2023

        Respectfully Submitted,

        *s/Jimmy A. Rodriguez*
        Jimmy A. Rodriguez
        Assistant United States Attorney
        Southern District of Texas
        Attorney in Charge
        Texas Bar No. 24037378
        Federal ID No. 572175
        1000 Louisiana, Suite 2300
        Houston, Texas 77002
        Tel: (713) 567-9532
        Fax: (713) 718-3303
        jimmy.rodriguez2@usdoj.gov

Of counsel:
Glenn Gray
Attorney
Drug Enforcement Administration
Office of Chief Counsel, Administrative and General Law Section
8701 Morrissette Dr., Springfield, VA 22152

## CERTIFICATE OF CONFERENCE

Defendants have conferred with Plaintiff about this motion and Plaintiff is not opposed.

        *s/ Jimmy A. Rodriguez*
        Jimmy A. Rodriguez
        Assistant United States Attorney

## CERTIFICATE OF SERVICE

I certify that on March 30, 2023, a true and correct copy of the foregoing was filed with the United States District Clerk for the Southern District of Texas and electronically served on all counsel of record via the District's ECF system.

*s/ Jimmy A. Rodriguez*
Jimmy A. Rodriguez
Assistant United States Attorney
