UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MATHEW ZORN,<br>   *Plaintiff*,<br>v.<br>MERRICK GARLAND, *et al.*,<br>   *Defendants*. | Civil Action No. 4:22-CV-02396 |

## ORDER RESETTING DEADLINE

Pending before the Court is Defendants' Unopposed Motion to Reset the Deadline to Respond to Plaintiff's Motion for Partial Summary Judgment. (Dkt. No. 32). After reviewing the Motion, the Court is of the opinion that it should be GRANTED.

If no other extensions are granted, Defendants shall respond to Plaintiff's Motion for Partial Summary Judgment by May 3, 2023.

It is SO ORDERED.

Signed this ___ of _____, 2023.

                 _____
                 **DREW B. TIPTON**
                 **UNITED STATES DISTRICT JUDGE**