United States District Court
Southern District of Texas
**ENTERED**
March 31, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| MATHEW ZORN, *Plaintiff*, v. MERRICK GARLAND, *et al.*, *Defendants*. | Civil Action No. 4:22-CV-02396 |

### ORDER RESETTING DEADLINE

Pending before the Court is Defendants' Unopposed Motion to Reset the Deadline to Respond to Plaintiff's Motion for Partial Summary Judgment. (Dkt. No. 32). After reviewing the Motion, the Court is of the opinion that it should be GRANTED.

If no other extensions are granted, Defendants shall respond to Plaintiff's Motion for Partial Summary Judgment by May 3, 2023.

It is SO ORDERED.

Signed this  31st  of    March   , 2023.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**