AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| Matthew C. Zorn | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:22-cv-2396 |
| U.S. Department of Justice, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants.

Date: 04/05/2023

/s/ James R. Powers
*Attorney's signature*

James R. Powers (TX Bar No. 24092989)
*Printed name and bar number*

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
*Address*

james.r.powers@usdoj.gov
*E-mail address*

(202) 353-0543
*Telephone number*

(202) 616-8460
*FAX number*