# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| MATHEW ZORN, *Plaintiff*, v. MERRICK GARLAND, *et al.*, *Defendants*. | Civil Action No. 4:22-CV-02396 |

## UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION FOR DISCOVERY

Defendants, Attorney General Merrick Garland, et al., request that the Court extend the time to respond to Plaintiff's Motion for Discovery. Plaintiff does not oppose this motion. In further support of this motion, Defendants would show the Court the following:

1. On March 24, 2023, Plaintiff filed a motion for discovery (Dkt. No 31). Defendants' response is currently due on April 14, 2023.

2. Defendants require additional time to prepare a response to Plaintiff's motion due to workload constraints and the need to further coordinate within the government prior to filing a response.

Based on the foregoing, Defendants request that the Court extend their deadline to respond to Plaintiff's Motion for Discovery until April 24, 2023.

DATED: April 11, 2023

                                                  Respectfully Submitted,

                                                  ALAMDAR S. HAMDANI
                                                  United States Attorney

                                                  *s/Jimmy A. Rodriguez*
                                                  Jimmy A. Rodriguez

Assistant United States Attorney
Southern District of Texas
Attorney in Charge
Texas Bar No. 24037378
Federal ID No. 572175
1000 Louisiana, Suite 2300
Houston, Texas 77002
Tel: (713) 567-9532
Fax: (713) 718-3303
jimmy.rodriguez2@usdoj.gov


BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

JAMES R. POWERS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
(202) 353-0543
james.r.powers@usdoj.gov

Attorneys for Defendants

Of counsel:
Glenn Gray
Attorney
Drug Enforcement Administration
Office of Chief Counsel, Administrative and General Law Section
8701 Morrissette Dr., Springfield, VA 22152

## CERTIFICATE OF CONFERENCE

Defendants have conferred with Plaintiff about this motion and Plaintiff is not opposed.

*s/ Jimmy A. Rodriguez*
Jimmy A. Rodriguez
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I certify that on April 11, 2023, a true and correct copy of the foregoing was filed with the United States District Clerk for the Southern District of Texas and electronically served on all counsel of record via the District's ECF system.

*s/ Jimmy A. Rodriguez*
Jimmy A. Rodriguez
Assistant United States Attorney