United States District Court
Southern District of Texas
**ENTERED**
April 11, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MATHEW ZORN, <br> *Plaintiff*, <br> v. <br> MERRICK GARLAND, *et al.*, <br> *Defendants*. | Civil Action No. 4:22-CV-02396 |

### ORDER EXTENDING DEADLINE

Pending before the Court is Defendants' Unopposed Motion to Extend the Deadline to Respond to Plaintiff's Motion for Discovery. (Dkt. No. 38). After reviewing the Motion, the Court is of the opinion that it should be GRANTED.

Defendants shall respond to Plaintiff's Motion for Discovery by April 24, 2023.

It is SO ORDERED.

Signed this  11th  of      April     , 2023.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**