UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MATTHEW ZORN,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>*Defendants*. | Civil Action No. 4:22-CV-02396 |

## ORDER

Pending before the Court is Defendants' Motion to Dismiss in Part. After reviewing the Motion, the Court is of the opinion that it should be GRANTED.

Counts 3 through 9 of Plaintiff's Second Amended Complaint are dismissed.

It is SO ORDERED.

Signed this ___ of _____, 2023.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**