UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MATTHEW C. ZORN, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:22-cv-02396 |
| U.S. DEPARTMENT OF JUSTICE, ET AL. | § § § § | |
| Defendants. | § § | |

**JOINT MOTION TO SET BRIEFING SCHEDULE**

After conferring, the Parties jointly and respectfully request the Court set the following briefing schedule for currently pending motions:

- **Plaintiff's motion for partial summary judgment (Dkt. 28):**
    - Government's Response: May 22, 2023
    - Plaintiff's Reply: June 5, 2023

- **Defendant's motion to dismiss-in-part (Dkt. 42):**
    - Plaintiff's Response: May 22, 2023
    - Government's Reply: June 5, 2023

- **Plaintiff's motion for discovery (Dkt. 31):**
    - Plaintiff's Reply: June 5, 2023

Plaintiff requires additional time to prepare filings due to workload constraints and personal commitments.

Based on the foregoing, the parties request the extend and set deadline to respond to outstanding motions as detailed above.

Dated: May 1, 2023                              Respectfully submitted,

*/s/ Matthew C. Zorn*
Matthew C. Zorn
YETTER COLEMAN LLP
mzorn@yettercoleman.com
811 Main Street, Suite 4100
Houston, TX 77002
T: (713) 632-8000
F: (713) 632-8002

Shane Pennington
VICENTE SEDERBERG LLP
1115 Broadway, 12th Floor
New York, NY 10010
T: (917) 338-5455
F: (303) 860-4505
s.pennington@vicentesederberg.com

ATTORNEYS FOR PLAINTIFF

ALAMDAR HAMDANI
United States Attorney

*s/Jimmy A. Rodriguez*
Jimmy A. Rodriguez
Assistant United States Attorney
Southern District of Texas
Attorney in Charge
Texas Bar No. 24037378
Federal ID No. 572175
1000 Louisiana, Suite 2300
Houston, Texas 77002
Tel: (713) 567-9532
Fax: (713) 718-3303
jimmy.rodriguez2@usdoj.gov

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

James R. Powers
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
Texas Bar No. 24092989
1100 L Street, NW
Washington, DC 20005
Tel: (202) 353-0543
James.r.powers@usdoj.gov

ATTORNEYS FOR THE UNITED STATES

-4-

## CERTIFICATE OF SERVICE

      I hereby certify that on May 1, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                      */s/ Matthew C. Zorn*
                                      Matthew C. Zorn