UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MATTHEW C. ZORN, | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 4:22-cv-02396 |
| U.S. DEPARTMENT OF JUSTICE, ET AL. | § § § § | |
| Defendants. | § § | |

## ORDER

Upon consideration of the parties' Joint Motion Set Briefing Schedule, the Court has determined the Motion should be GRANTED in its entirety.

Accordingly, it is ORDERED the Government's response to Plaintiff's motion for partial summary judgment (Dkt. 28) is due on May 22, 2023. The Plaintiff's Reply in support of Dkt. 28 is due June 5, 2023.

It is FURTHER ORDERED Plaintiff's response to the Government's motion to dismiss-in-part (Dkt. 42) is due May 22, 2023. The Government's Reply in support of Dkt. 42 is due June 5, 2023.

It is FURTHER ORDERED Plaintiff's Reply in support of his motion for discovery (Dkt. 31) is due on June 5, 2023.

SIGNED at Houston, Texas, on _____May 3,_____ 2023.


_____
DREW B. TIPTON
UNITED STATES DISTRICT JUDGE