UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MATTHEW C. ZORN, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:22-cv-02396 |
| U.S. DEPARTMENT OF JUSTICE, ET AL. | § § § § | |
| Defendants. | § § | |

**ORDER**

The Court has considered Defendants' Motion for Partial Dismissal, any responses or replies thereto, and any arguments of counsel, and finds that the Motion should be DENIED. Accordingly, it is hereby ORDERED that Defendants' Motion for Partial Dismissal is DENIED in its entirety.

SIGNED at Houston, Texas, on _____ 2023.

_____
DREW B. TIPTON
UNITED STATES DISTRICT JUDGE