# Exhibit 1

**Zorn, Matt**



-----Original Message-----
From: FOIA Mailbox (USAID) <foia@usaid.gov>

Sent: Mon, Mar 27, 2023 4:57 pm
Subject: Re: for the FOIA Public Liaison, Mr. Christopher Colbow

Hi Mr. ▮▮▮▮ ,

We agree the extra coordination isn't required for your request, ==however this is the standard language we use when perfecting requests.== Thank you for bringing this to our attention.

V/r,
▮▮▮▮
FOIA Specialist
**USAID - US Agency for International Development FOIA Office**
Bureau for Management, Office of Management Services, Information and Records Division (M/MS/IRD) |
**foia@USAID.gov**

On Mon, Mar 27, 2023 at 4:43 PM ▮▮▮▮ wrote:
Dear ▮▮▮▮ :

I disagree with the assessment that "unusual circumstances" apply to my request F-00131-23.

==I can only presume that USAID adds the unusual circumstances note to all acknowledgement letters, which means that it is usual, not unusual.==

In this instance, the records are all found in the USAID FOIA Office, so there is no need to search for records from locations separate from the office processing the request.
In this instance, there is no need to search, collect and examine voluminous records.
In this instance, there is no need to consult with another agency.

Therefore, no unusual circumstances exist.

Sincerely,

1



-----Original Message-----
From:
To:
Sent: Mon, Mar 27, 2023 4:37 pm
Subject: USAID FOIA REQUEST No. F-00131-23 (FOIA Specialist Assignment Email)

March 27, 2023
Re: USAID FOIA Request No. F-00131-23 (FOIA Specialist Assignment Email)
Dear
This acknowledges receipt of your March 26, 2023, Freedom of Information Act (FOIA) request to the United States Agency for International Development (USAID). Specifically, you requested records concerning **a copy of all USAID guidance for USAID FOIA Staff on "Estimated Completion Dates". Please include memos, directives, guidances, instructions, legal direction, policies, etc. You may limit this to USAID agency records. You may limit this to USAID records not published on the agency's public website. You may limit this to records since January 1, 2018.**.

Fee
You have been placed in the "All Others" fee category. As such, you will be charged for search ($40 per hour) first two hours free, no fee for review, and duplication (first 100 pages free and $.10 per page thereafter). You indicated a willingness to pay **$ 35.00** for processing this request. Should fees exceed this amount, we will notify you in writing before we continue processing.

FOIA Specialist
Your request has been assigned to                . You may contact                by email                or by phone on          Please reference the tracking number cited above in any future correspondence.

Extending the FOIA's Time Limits due to Unusual Circumstances
The FOIA provides that an agency may extend its time limits when "unusual circumstances" occur in the processing of a request. See 5 U.S.C. § 552(a)(6)(B)(i) (2016). Those "unusual circumstances" are set forth in the statute, 5 U.S.C § 552(a)(6)(B)(iii), and are described as:
1) The need to search for records from field facilities or other locations separate from the office processing the request;
2) The need to search, collect and examine voluminous records; and
3) The need for consultation with another agency.

Based upon the records you have requested, we have determined that one or more unusual circumstances will occur during the processing of your request. Accordingly, your response time-limit has been extended beyond the 20 days required by statute; therefore, 10 additional processing days have been added to your request. To mitigate this action, you may limit the scope of the request so that it can be processed more quickly or to arrange an alternative time to respond.

If you have any questions or wish to discuss reformulation or an alternative time frame for the processing of your request, you may contact the assigned FOIA Specialist noted above. You may also contact **USAID's FOIA Public Liaison,**

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services offered:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001

E-mail: ogis@nara.gov
Telephone: 202-741-5770; Toll Free: 1-877-684-6448
Fax: 202-741-5769

Thank you for your interest in USAID.

Sincerely,

███████████

FOIA Specialist
Bureau for Management
Office of Management Services
Information and Records Division