# Exhibit 2

MOST POPULAR

1. Paxton keeps getting re-elected despite his mountain of scandals
2. 13 years later, remembering 'Baby Scotty' and his tragic
3. Peso Pluma attended Clemens High School
4. Whataburger fired worker for pumping breast milk, owes her $1,800
5. Texas AG Ken Paxton impeached on overwhelming vote of

OPINION // EDITORIAL

# Editorial: For DOD, all info requests are 'unusual circumstances'

**Express-News Editorial Board**
Updated: Dec. 10, 2021 8:47 a.m.



The Department of Defense needs to let the sunshine in when it comes to releasing records related to U.S. involvement in Afghanistan.
Staff Sgt. Brittany Chase /TNS

*Correction: An earlier version of this editorial incorrectly stated which federal office is responsible for determining "unusual circumstances" for records. The Defense Department FOIA Division makes these determinations.*

When it comes to U.S. involvement in Afghanistan, the Department of Defense doesn't appear to want the public to know what it already has shared.

 **Next Up:** Paxton keeps getting re-elected despite his mountain...

ADVERTISEMENT
Article continues below this ad

In addition to recently purging its websites of most content about Afghanistan published before 2014 — think photos, videos and press releases — DOD's Freedom of Information Act process also routinely uses a loophole to slow requests. That seems to be the case for our requests for once publicly available information regarding Afghanistan.

In October, the Express-News Editorial Board made separate FOIA requests for everything purged from DOD websites, the reasoning for veiling this information, file management plans, media response info and a specific press release from 2005.

We received interim response form letters within days but have heard nothing since.

FOIA requires agencies to respond to public information requests in 20 days, but a response does not mean information is necessarily provided. On this front, there are exceptions for "unusual circumstances."

And according to the Defense Department's FOIA response form letters, our requests fell under "unusual circumstances."

ADVERTISEMENT
Article continues below this ad



**On ExpressNews.com:** Editorial: Why is DOD purging Afghanistan records?

According to Kel McClanahan, executive director of National Security Counselors, a legal group focused on government openness, FOIA laws allow for "unusual circumstance" extensions only "in very specific situations, which are fact and request-specific."

But the Defense Department's FOIA Division apparently claims every request has "unusual circumstances."

Our request, for a once publicly accessible DOD news release from 2005, has "unusual circumstances."

Submit a Letter to the Editor

The office "has included this text in their form letter responses for years, trusting that nobody would be willing to sue them over it," McClanahan said. "Requesters have complained to the Office of Government Information Services about this for years, with no change."

**Views & Voices:** Editorials, columns and commentary, delivered to your inbox

He added that DOD is "absolutely equitable with their flagrant FOIA violations on this issue."

Officials with both the DOD FOIA Division and the National Archives and Records Administration's Office of Government Information Services did not respond to a request for comment about our requests for information.

According to the letter, our requests are 3,577th in the queue with no estimate of when we'll hear back. It'll be months or maybe years. Perhaps it will take an act of Congress to change this.

Written By
**Express-News Editorial Board**

VIEW COMMENTS

## LOCAL

### Texas A&M holds off Arkansas to reach SEC baseball title game
Aggies survive ninth-inning scare and will go for first conference tournament championship since 2016
BY BRENT ZWERNEMAN

### Jurors convict S.A. man in terrorist-funding case
BY GUILLERMO CONTRERAS

### Hundreds gather to honor Uvalde victims with candlelight vigil
BY CAYLA HARRIS

### S.A. airport expects to break records Memorial Day weekend
BY MEGAN RODRIGUEZ

### Bill strengthens penalties for repeated dog attacks
BY PEGGY O'HARE

San Antonio Express-News                                                                                TOP

ABOUT

Our Company

Newspaper Delivery Safety Procedures

Privacy Notice

Your California Privacy Rights

Interest Based Ads

Terms of Use

Advertising

Careers

e-edition

**CONTACT**

Archives

Customer Service

Frequently Asked Questions

Newsroom Contacts

Our Use of AI

Ethics Policy

Corporate Subscriptions

HEARST *newspapers*

©2023 Hearst Newspapers, LLC