UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MATTHEW C. ZORN, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:22-cv-02396 |
| U.S. DEPARTMENT OF JUSTICE, ET AL. | § § § § | |
| Defendants. | § § | |

**UNOPPOSED MOTION FOR LEAVE TO FILE SUR-REPLY
TO DEFENDANTS' MOTION TO DISMISS** (Dkt. 42)

Plaintiff Matthew C. Zorn respectfully moves the Court for leave to file a Sur-Reply to Defendants' Motion to Dismiss (Dkt. 42), which is attached as Exhibit A. Specifically, this short supplemental filing responds to new arguments raised by Defendants in their Reply regarding my First Amendment claim.

Defendants do not oppose.

Dated: June 7, 2023

Respectfully submitted,

*/s/ Matthew C. Zorn*
Matthew C. Zorn
YETTER COLEMAN LLP
mzorn@yettercoleman.com
811 Main Street, Suite 4100
Houston, TX 77002
T: (713) 632-8000
F: (713) 632-8002

ATTORNEYS FOR PLAINTIFF

### CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for Defendants on the filing of this Motion, and Defendants' counsel stated that they do not oppose this Motion.

*/s/ Matthew C. Zorn*
Matthew C. Zorn

### CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Matthew C. Zorn*
Matthew C. Zorn

### WORDS

I certify that this filing has 65 words, excluding the case caption, table of contents, table of authorities, signature block, and certificates.

*/s/ Matthew C. Zorn*
Matthew C. Zorn