United States District Court
Southern District of Texas
**ENTERED**
June 08, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MATTHEW C. ZORN, | § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Action No. 4:22-cv-02396 |
| U.S. DEPARTMENT OF JUSTICE, ET AL. | | |
| Defendants. | | |

**ORDER**

The Court has considered Plaintiff's Unopposed Motion for Leave to File Sur-Reply to Defendants' Motion to Dismiss (Dkt. 42) (the "Motion") and finds that the Motion should be granted. Accordingly, it is hereby ORDERED that Mr. Zorn's Unopposed Motion for Leave to File Sur-Reply to Defendants' Motion to Dismiss (Dkt. 42) is GRANTED in its entirety. The Court will file the Sur-Reply attached to the Motion as Exhibit A, separately on the public docket.

SIGNED in Houston, Texas, on     June 8,     2023.

_____
DREW B. TIPTON
UNITED STATES DISTRICT JUDGE