UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

AIMS Institute, PLLC, et al.

v.   Case Number: 4:22–cv–02396

Merrick Garland, et al.

## Notice of Setting

**A proceeding has been set in this case as set forth below.**

**BEFORE:**
**Judge Drew B Tipton**

**LOCATION:**
by video
Meeting Link:
*https://www.zoomgov.com/j/1610690763?pwd=Y1ZydDU3TWxIUDNla0FrSjVxN1FvUT09*
Meeting phone number: Dial by your location +1 669 254 5252 US (San Jose) , +1 646 828 7666 US (New York)
Meeting ID: 161 069 0763
Meeting Password: 307095

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 6/28/2023

**TIME:** 03:15 PM

**TYPE OF PROCEEDING:** Motion Hearing

RE: Motion for Partial Summary Judgment – #28
Motion for Discovery – #31
Motion to Dismiss – #42

Date:   June 14, 2023                                                                 Nathan Ochsner, Clerk