UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MATTHEW C. ZORN, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:22-cv-02396 |
| U.S. DEPARTMENT OF JUSTICE, ET AL. | § § § § | |
| Defendants. | § § | |

**ZORN'S NOTICE OF FILING**

In preparation for the upcoming hearing in this matter on June 28, 2023, Plaintiff Matthew C. Zorn respectfully submits the non-confidential transcript of the status conference held on July 11, 2022, in the related matter styled as *In the Matter of Schedulign 4-OH-DiPT, 5-MeO-AMT, 5-Me)-MiPT, 5-MeO-DET, and DiPT*, Dkt. No. 22-15, before the Honorable Teresa A. Wallbaum, ALJ (DOJ), attached hereto, which is not publicly available on any DOJ/DEA docket.

Mr. Zorn may discuss the transcript at the hearing in connection with his claims and the pending motions.

Dated: June 27, 2023               Respectfully submitted,

                                              */s/ Matthew C. Zorn*
                                              Matthew C. Zorn
                                              YETTER COLEMAN LLP
                                              mzorn@yettercoleman.com
                                              811 Main Street, Suite 4100
                                              Houston, TX 77002
                                              T: (713) 632-8000
                                              F: (713) 632-8002

                                              Shane Pennington
                                              PORTER WRIGHT MORRIS & ARTHUR LLP
                                              spennington@porterwright.com
                                              2020 K Street, NW, Suite 600
                                              Washington, D.C. 20006
                                              T: (202) 778-3005
                                              F: (202) 778-3063

                                              ATTORNEYS FOR PLAINTIFF

### CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                              */s/ Matthew C. Zorn*
                                              Matthew C. Zorn

### WORDS

I certify that this filing has 92 words, excluding the case caption, signature block, and certificates.

                                              */s/ Matthew C. Zorn*
                                              Matthew C. Zorn