UNITED STATES DEPARTMENT OF JUSTICE

DRUG ENFORCEMENT ADMINISTRATION

STATUS CONFERENCE

_____
                               :
IN THE MATTER OF:              :
                               : Docket No.
Scheduling 4-OH-DiPT,          : 22-15
5-MeO-AMT, 5-MeO-MiPT,         :
5-MeO-DET, and DiPT            :
                               :
_____:

                Monday,
                July 11, 2022


                Videoconference




                The above-entitled matter came on for
hearing, pursuant to notice, at 1:00 p.m.



   BEFORE:     THE HONORABLE TERESA A. WALLBAUM,

              Administrative Law Judge

APPEARANCES:

    On Behalf of the Government:
            DAVID M. LOCHER, ESQ.
            PAUL DEAN, ESQ.
            ANDREW T. WINKLER, ESQ.
    of:    Drug Enforcement Administration
            Office of the Chief Counsel
            8701 Morrissette Drive
            Springfield, Virginia 22152
            571-362-7022
            david.m.locher@dea.gov
            andrew.t.winkler@dea.gov


    On Behalf of the Interested Parties:
            Mindstate and Tactogen:
            MATTHEW C. ZORN, ESQ.
    of:    Yetter Coleman, LLP
            811 Main Street
            Suite 4100
            Houston, Texas 77002
            713-632-8000
            mzorn@yettercoleman.com
            Jason Wallach and Hamilton Morris:
            JOHN T. HUNTER, ESQ.
    of:    Hunter, Lane & Jampala
            Tower Life Building
            310 S. St. Mary's Street
            Suite 1740
            San Antonio, Texas 78205
            210-202-1076
            john@hljdefense.com


            Panacea Plant Sciences:

            DAVID HELDRETH, pro se
    of:    Panacea Plant Sciences
            14321 SE 49th Street
            Bellevue, Washington 98006
            davidh@panaceaplantsciences.net

ALSO PRESENT:
ANNE COTTER, Law Clerk to Judge Wallbaum

```
 1                    P-R-O-C-E-E-D-I-N-G-S

 2                                      1:01 p.m.

 3            JUDGE WALLBAUM:  This is an on the

 4    record status conference in the matter of

 5    scheduling of five tryptamines, Docket No. 22-15.

 6    I am the assigned Administrative Law Judge,

 7    Teresa A. Wallbaum.  Could I have appearances

 8    from the government please?

 9            MR. LOCHER:  Yes, Your Honor.  David

10    Locher for the government.

11            MR. DEAN:  Paul Dean for the

12    government.

13            MR. WINKLER:  And Andrew Winkler for

14    the government.

15            JUDGE WALLBAUM:  All right, thank you.

16    For Mindstate and Tactogen?

17            MR. ZORN:  Matthew Zorn of Yetter

18    Coleman LLP.

19            JUDGE WALLBAUM:  For Wallach and

20    Morris?

21            MR. HUNTER:  John Hunter with Hunter,

22    Lane and Jampala.

23            JUDGE WALLBAUM:  And for Panacea?

24            MR. HELDRETH:  David Heldreth, acting

25    as pro se.
```

1              JUDGE WALLBAUM:   Thank you.  So yes,

2    Mr. Heldreth is the CEO of Panacea, and he is

3    appearing pro se for the company.  And just so

4    the record is clear, Mr. Dean, thank you for

5    appearing.  I specifically asked for someone, a

6    supervisor for DEA to appear, and I appreciate

7    you making the time to do that.

8              The purpose of this on the record

9    status conference is narrow.  On June 30th, 2022,

10   I had an off the record status conference, and

11   off the record status conferences are relatively

12   common in these proceedings especially at this

13   stage.  At that status conference, I expressed my

14   frustration with the government's failure to

15   follow two of my orders.

16             An order for the disclosure of

17   materials, including noticed exhibits, and an

18   order regarding the publication of the hearing

19   date in this matter.  So first for you Mr. Dean,

20   I know that Mr. Beerbower was the lead counsel is

21   no longer with DEA, which is one of the reasons I

22   asked you be here today.

23             I think I was clear in the off the

24   record status conference and Mr. Walker and Mr.

25   Winkler were there, but I am -- I wanted to

1    reiterate my frustration that the government has

2    failed to comply with two of my orders so far,

3    and in particular with the disclosure motion.  As

4    I said on June 30th, the government had four

5    months to prepare, and I made it very clear they

6    should be prepared.  They had four months to

7    prepare the documents.

8                It was a finite universe of documents,

9    and I made it clear given my generous amount of

10   time up front, I was not inclined to grant

11   extensions.  Again, despite all of that, when it

12   came time for the document swap, the government

13   was not ready and failed to produce a number of

14   studies that the interested parties had been

15   asking for for some time.

16               And on -- and then it became apparent

17   that through email exchanges with the interested

18   parties, Mr. Beerbower offered to negotiate an

19   extension of time, but I had expressly told him I

20   would not grant that.  So I know that is -- Mr.

21   Locher and Mr. Winkler were not lead counsel or

22   were not even on the case for most of that.

23               So I just wanted to reiterate for the

24   record what happened in that -- regarding that

25   order, and so there was no reason for it to

1  become so complicated, and Mr. Beerbower's

2  responsibility and explain that it was

3  negligence, that he had failed to check the email

4  and the CD for those documents, and I accept

5  that.  But they really had plenty of time to

6  avoid that mistake.

7          So I hope going forward I won't have

8  that mistake again.  So that's the, that's the

9  first order.

10         The second one, and I think the more

11  pressing one from my perspective is the order to

12  publish my -- the date of hearing, and this case

13  has been pending since mid-January or February

14  1st or February 2nd I believe I when I issued the

15  first OPHS.  So there's been a lot of procedural

16  history.  Just for your sake and for the record,

17  I'll give a little of that procedural history.

18         On April 22nd of 2022, the government

19  filed a consent motion to amend the prehearing

20  schedule, claiming that the Notice of Proposed

21  Rulemaking did not include a specific date and

22  time for the hearing in this matter to commence,

23  pursuant to 21 C.F.R. Section 1308.43, paragraph

24  (f).  The government indicated that it was

25  working diligently to prepare a Notice of

1    Hearing, but it requested that this tribunal

2    vacate the prehearing deadlines to allow for

3    publication of that notice.

4            That was April 22nd.  On April 26th,

5    I held a status conference and discussed it with

6    Mr. Beerbower, and explained to him during that

7    status conference that I believe that I could

8    just, if necessary, order the publication of a

9    hearing date which was, as I'm sure you know Mr.

10   Dean, the way it used to always be done until

11   relatively recently, in which now that is waived

12   in one of my prehearing orders.

13           On April 27th, I issued an order

14   denying the government's consent motion and in

15   that order I noted what I had said at the status

16   conference, which is once the merits hearing date

17   was set, I could if necessary direct the

18   government to publish a notice of that hearing

19   date in the Federal Register to resolve the

20   publication issue.  That was April 27th.

21           On June 7th, I held a prehearing

22   conference.  At that time, six weeks after the

23   April 27th status conference, DEA had not

24   published any Notice of Hearing, and we also had

25   not heard any dates or any information from the

1  government about what was going on.  Except there

2  was one time I believe I asked my clerk to reach

3  out via email and was told that there had -- it

4  had not been published.

5       At the June 7th prehearing conference,

6  Mr. Beerbower did not inform me of any progress

7  on the matter.  So on June 13th, I issued an

8  order directing the government to publish my

9  language forthwith.  DEA did not file an

10  interlocutory appeal of that order or indicate in

11  any way that it disagreed with my language that I

12  ordered published.  So that's the background.

13       I called the June 30th status

14  conference to address the disclosure issue, but

15  it had been two weeks since I had issued the

16  order to publish the Notice of Hearing and not

17  heard anything, so I asked Mr. Beerbower what the

18  status was, and why specifically the government

19  had not published my order.

20       Mr. Beerbower stated that he had been

21  instructed by the -- that the Administrator

22  wanted her order published first, and he made

23  clear that he meant the language DEA had

24  suggested in the April 26th status conference.

25  He said that he had been working on that language

1  ever since.  It had gone through separate

2  iterations and versions, and that he had worked

3  the previous weekend to try to get it on the

4  Administrator's desk.

5        I asked him who had instructed him not

6  to comply with my order, and he said it was his

7  understanding that the instruction had come

8  directly from the Administrator.  He repeated

9  that, and the second time he said "the

10  Administrator's Office," and that's my notes, and

11  Mr. Locher, you looked up if you disagree with my

12  representation.  But that's what my notes say,

13  that is what my Clerk's notes say and I had the

14  same reaction as what you just had, which was

15  surprise.

16        He said the Administrator -- his

17  understanding was that it came from the

18  Administrator's office or the Administrator, and

19  that the direction was the April 26th language

20  was supposed to be published first, and then I

21  asked well what about my order, and he said if I

22  still wanted to after then, after that, I could

23  also publish my order.

24        And that is the main reason we're here

25  today, and Mr. Locher, do you dispute that that

1     what was said by Mr. Beerbower at --

2                    (Simultaneous speaking.)

3                    MR. LOCHER:  I did not mean to look up

4     with either surprise or to disagree.  That does

5     more or less accord with my recollection.

6                    JUDGE WALLBAUM:  Okay, thank you.  I'm

7     sorry.  I don't mean to impute anything to you,

8     but I just wanted to give the government a chance

9     to disagree with my recollection if you wanted

10    to.  So I find that representation troubling,

11    because the government did not file an

12    interlocutory appeal of my order, and that's the

13    proper mechanism if you want the Administrator to

14    overturn something that I have ordered.

15                   And again, I don't think there's any

16    -- there was no lack of clarity in what Mr.

17    Beerbower said.  At a minimum, somebody from the

18    Administrator's office, if not the Administrator

19    herself, instructed CCD to take a certain course

20    of action in regard to a pending order.  So

21    again, I know Mr. Beerbower is no longer with

22    DEA, but I wanted to do this on the record, and

23    Mr. Dean, I would like --

24                   As the supervisor from CCD, I was

25    hoping that you could explain to me what happened

1    in terms of why DEA did not comply with my order

2    to publish my language, went with prior language

3    that I had every understanding was dead in the

4    water, and that you did so with some involvement

5    from the Administrator's office.  Could you

6    explain, please expand on that?

7            MR. DEAN:  Good afternoon, Your Honor.

8    I will try.  I think I will somewhat limited in

9    what I can say because of attorney-client

10    privilege and just internal agency deliberations.

11    But what I can say is that the agency believes it

12    has substantially complied with your order.

13    While not the identical language, the fact of the

14    matter is almost everything in your order has

15    been published by the agency as of last week.

16            So I'll stop there, and then if you

17    would like to ask me specific questions, I will

18    attempt to answer them.

19            JUDGE WALLBAUM:  Did Administrator

20    Milgram call CCD directly and give an instruction

21    to disregard my order, which was Mr. Beerbower's

22    representation?

23            MR. DEAN:  Excuse me a moment, Your

24    Honor.  I'm trying to make sure that anything I'm

25    saying is not privileged.  I don't know exactly -

1        - I have no reason to dispute your

2        characterization of what Mr. Beerbower said.  I

3        don't know that the Administrator herself called

4        Mr. Beerbower.  The agency certainly expressed

5        its view that the notice already in process

6        should be done first.

7                    JUDGE WALLBAUM:  When you say the --

8        who expressed their view that the April, I'm

9        going to call it the April 26th language, that

10       that language was in process and should be

11       completed.  Who took that view or who expressed

12       that view?

13                   MR. DEAN:  Your Honor, I'm not sure if

14       I can give you individual names.  I can say that

15       the front office generally expressed that view.

16       But in terms of specific individuals, I am not

17       sure that I am at liberty to name names.

18                   JUDGE WALLBAUM:  Can you elaborate on

19       what you mean by "the front office"?

20                   MR. DEAN:  By the front office, I mean

21       the agency leadership, including the

22       Administrator, and my not -- so let me be clear.

23       So above Chief Counsel, we'll put it that way.

24                   JUDGE WALLBAUM:  I just want to be

25       clear when you -- that that position of the front

1     office was never in any way communicated to this

2     tribunal, either in an order or any of the staff

3     conferences or prehearing conferences, prehearing

4     conference singular that I held, and I had a

5     pending order.

6              I understand the position that you

7     said complied substantially with that order, but

8     it's also clear to me from Mr. Beerbower's

9     representations and your representations that you

10    weren't actually complying with my order.  You

11    were complying with an April 26th version that

12    was not -- setting aside whether or not it

13    complies with my order, that was not what was

14    going on.  You were complying, it sounds like, to

15    a different order, a different directive.

16             MR. DEAN:  Your Honor, I respectfully

17    disagree.  I think, and maybe I've misspoken or

18    not spoken clearly enough.  The agency's position

19    is that they were complying with your order

20    substantially by the notice that they published,

21    which is substantially similar to your order.

22    Obviously, for example, your order is not

23    formatted these scheduling orders are usually

24    formatted and things of that nature.

25             The agency's position is that it

1    substantially complied with your order because

2    the points in your order were published in the

3    Federal Register.

4              JUDGE WALLBAUM:  All right.  Well

5    setting that aside, your representation just now,

6    which is consistent with Mr. Beerbower's

7    representation, was your position -- it was the

8    agency's position that the April 26th language

9    should be the one that was put in effect, and my

10   reason for this hearing today is that first of

11   all, no one communicated that to me, which is

12   unacceptable.

13             Secondly, there was no interlocutory

14   appeal, and third, there seems to be annulment

15   from the Administrator's office in a pending

16   order without an interlocutory appeal.  Do you

17   see the reason for my concern with that?

18             MR. DEAN:  Absolutely, Your Honor.  I

19   can't speak -- sorry.

20             JUDGE WALLBAUM:  No please, go ahead.

21             MR. DEAN:  I can't speak to

22   necessarily why you weren't notified.  I keep

23   repeating the same thing and I apologize for

24   that, but I certainly understand your concerns,

25   and I understand why you would be concerned.  I

1    can just let you know that the agency believes

2    that it has substantially complied with your

3    order.

4              JUDGE WALLBAUM:  And I understand that

5    you're grappling with attorney-client privilege

6    and deliberative process.  I'm grappling with the

7    APA, which requires me to give the interested

8    parties a fair hearing, and I'm grappling with

9    the regulations which say that if the government

10   doesn't or any party doesn't agree with my

11   pending order, you need to take an interlocutory

12   appeal.

13             You don't get to do an ex parte

14   communication with the Administrator about a

15   pending order, and I don't know how to go forward

16   from that if you can't tell me, if you can't give

17   me any more information.

18             MR. DEAN:  I don't believe I can give

19   you any further information without conferring

20   with chief counsel, but I think I can say that I

21   did not mean to suggest and I'm not suggesting

22   that the Administrator herself did something

23   here.  I thought I made it clear that it was the

24   front office, and that's a collection of

25   individuals who lead the agency.

1           There is, as you're well aware, there

2    are individuals in the front office who are

3    partitioned off, so that there are no conflicts

4    of interest matters in active matters that are

5    pending.  If Your Honor wanted to do some sort of

6    in camera discussion, we could perhaps go into

7    further detail.  But I would again have to speak

8    with either deputy chief counsel and chief

9    counsel.

10           JUDGE WALLBAUM:  Well again, my notes

11   say that Mr. Beerbower said two things.  First,

12   he said Administrator.  Then he said

13   Administrator's office.  He didn't say front

14   office.  He didn't say people surrounding the

15   Administrator, and I understand that DEA is large

16   institution and there are people that are cut

17   off.

18           But can you make a representation

19   today that whoever instructed you to not -- to

20   do, take a different path than my order is not, I

21   don't know.  I think you have to make a more

22   detailed representation, that they are not going

23   to be an ultimate decision-maker in this case, or

24   involved in the decision-making in this case.

25           MR. DEAN:  Yeah.  I believe I can

1     represent that, Your Honor.

2                    JUDGE WALLBAUM:  So the -- you cannot

3     tell me who instructed you to go forward with the

4     April 26th language, or you will not?

5                    MR. DEAN:  I would have to confer with

6     deputy chief counsel and chief counsel as to

7     whether I could give you a name on the record,

8     Your Honor.

9                    JUDGE WALLBAUM:  But is your

10    representation that that person is not -- will

11    not be involved in this case after a recommended

12    decision is issued in determining the agency's

13    final ruling on the matter.  Can you make that

14    representation?

15                    MR. DEAN:  I believe that I can, Your

16    Honor, if I'm understanding your question

17    correctly.  I believe that I can, and if I find

18    out something different, I'll of course notify

19    the Court immediately.  But I am comfortable

20    making that representation.

21                    JUDGE WALLBAUM:  So again Mr. Dean,

22    just so you understand why we're here today, I

23    don't know what happened.  The parties, the

24    interested parties don't know what happened.

25    There was a representation that the Administrator

1     or the Administrator's office was involved, and

2     outside of the regulatory proceedings,

3     procedures.

4              So I have to be able to provide a fair

5     hearing, and if the person who's giving you these

6     directions is involved in the decision-making

7     process, then I think that raises a separate

8     issue.  So that's why I'm asking for a clear

9     representation from the government that whoever

10    gave you the instruction to do the different

11    language is not going to be involved in reviewing

12    my recommended decision.  Do you understand that?

13             MR. DEAN:  I do understand it, Your

14    Honor, and I believe that's the case.  I don't

15    know all the individuals involved, but I do

16    believe that's the case.  That's why I said I'm

17    willing to make that representation.  If I find

18    out that I am wrong, I will let you know

19    immediately.

20             JUDGE WALLBAUM:  Right, and can the

21    government also make a representation that if

22    anyone from the front office gives you

23    instructions to do something differently than

24    what I've offered, that you inform the tribunal

25    of that?

1          MR. DEAN:  I think we -- I think I

2     can.  I don't --

3          JUDGE WALLBAUM:  I need more than I

4     think I can.  I need more than I think I can Mr.

5     Dean, because at a bare minimum going forward, I

6     have to know that the hearing is -- that

7     everything that's happening is happening in this

8     hearing proceeding and not in ex parte

9     communications.

10          MR. DEAN:  Of course Your Honor, yes,

11     yes.  I understand that and yes.  We can make a

12     representation.

13          JUDGE WALLBAUM:  You can make a

14     representation that if there's another direction

15     to do something differently than what my order

16     has said, that will be communicated to this

17     tribunal promptly before, so that I can inform

18     the interested parties?

19          MR. DEAN:  Yes, Your Honor.

20          JUDGE WALLBAUM:  I'm going to hold you

21     to that.  I'm going to hold the government to

22     those representations.  I'm also going to note

23     that in the published Federal Register Notice of

24     Hearing, which is 87 -- it's 87 Federal Register

25     40167, there are two errors in your published

1    notice.  The first is you have an incorrect phone

2    number.

3             The phone number 571-362-8188 is not

4    the phone number associated with the Office of

5    Administrative Law Judges.  It is, as far as I

6    can tell, an employee of DEA who has nothing to

7    do with us or with you. So you might want to sort

8    that out, because that employee may get phone

9    calls and not know what to do with them.

10            The second thing, and this is more for

11   the interested parties, I have not set a

12   location.  It says Crystal City, which is

13   currently where we are located.  But it may

14   happen in nearby, a few blocks away at DEA

15   headquarters.  That I will give everyone advance

16   on, but it's very close and so shouldn't -- if we

17   change places, it shouldn't be any inconvenience,

18   and the regulations do allow me to change the

19   location of the hearing without having to give

20   additional notice.  We would just make sure that

21   if anyone showed here at Crystal City, they would

22   know where the proper place was to go.  Just a

23   moment please.

24            (Pause.)

25            JUDGE WALLBAUM:  All right.  That's

1    all I have for the on the record hearing.  Mr.

2    Dean, if there's anything else that the

3    government can represent to me about what

4    happened you may -- please do so.  I am taking

5    away a couple of representations from you, and as

6    I said, I'm going to hold the government to it or

7    I'm going to consider the appropriate sanctions

8    for failure to do that.

9              So if there -- is there anything else

10   from the government about the topics I've

11   discussed on the record?

12             MR. DEAN:  I have nothing further,

13   Your Honor.

14             MR. LOCHER:  None, Your Honor.

15             JUDGE WALLBAUM:  All right.  Mr. Zorn,

16   anything that I've discussed on the record, do

17   you have any comments or questions.

18             MR. ZORN:  Just two very short

19   comments.  The first is your recollection is the

20   same as mine.  I was at the informal status

21   conference and I recall and he stated as you

22   stated it.  The second point is I heard the

23   government invoking privilege.  I personally

24   question whether privilege can be invoked by a

25   waiver on the record.

1          We've had an off the record status

2     conference, because again he offered -- Mr.

3     Beerbower disclosed the substance of

4     communications with the Administrator's office.

5     The second point is I'm not sure that privilege

6     can be invoked when it's being used to disregard

7     a court order.  I don't think the attorney-client

8     privilege protects those kinds of communications.

9          I have other matters, but they don't

10    relate to this topic.  So I understand Your

11    Honor's purpose and the on the record status

12    conference, and I will save it until we get off

13    the record.

14          JUDGE WALLBAUM:  Thank you.  Mr.

15    Hunter, any other questions or comments from you

16    about the topic I discussed on the record?

17          MR. HUNTER:  Yes Your Honor, briefly.

18    I agree with Mr. Zorn and with Your Honor as to

19    the factual representations regarding what Mr.

20    Beerbower at our informal conference.  I heard

21    the remarks the same as Your Honor and Mr. Zorn

22    did.  I also agree that what this case seems to

23    present is an instance of waiver, that Mr.

24    Beerbower directly relayed the substance of the

25    conversation that he had, and therefore the

1    communication itself and the attending

2    circumstances of that communication I don't think

3    are any longer covered by privilege.

4              I also expressed, I share the Court's

5    concern about this because especially given the

6    nature of these proceedings and the relationship

7    between Your Honor, the Administrator and the

8    agency itself, we have a fairly closed loop that

9    does not seem to provide an individual due

10   process safeguard for a problem like this, in

11   that the -- it appears that an ex parte

12   communication was had, and that ex parte

13   communication substance was to disregard an order

14   from Your Honor.

15             The agency is now claiming a privilege

16   that prevents the parties from being able to test

17   and understand the depths and extent of that

18   violation, and to the extent that any relief is

19   sought to rectify that problem, the party that

20   will receive the interlocutory appellate relief

21   on that question is the very party from whom this

22   ex parte communication was established.

23             And that seems to provide very little

24   independent review of whether an impropriety has

25   occurred here or not.  As Your Honor has pointed

1    out, neither you nor the parties understand what

2    this was about, why it happened the way it did,

3    etcetera.

4              So those are my concerns, and based on

5    those concerns I would ask if the Court can make

6    a ruling about the claim of privilege that the

7    agency has raised today, and I would ask that the

8    Court overrule that claim of privilege and direct

9    the agency to provide the content of the

10   communication, and identify the individuals who

11   gave them these instructions.

12             JUDGE WALLBAUM:  All right, thank you

13   Mr. Hunter.  Do you have anything else?

14             MR. HUNTER:  No Your Honor, that's it.

15             JUDGE WALLBAUM:  Thank you.  Mr.

16   Heldreth.  Anything about what I discussed this

17   on the record conference?

18             MR. HELDRETH:  Just briefly.  I agree

19   with both Hunter and Zorn on this, and also I

20   directly heard the Administrator and the

21   Administrator's office mentioned by the DEA as

22   the people who were responsible for making

23   decisions.  As I've said in previous motions that

24   I've had, I also believe there's a deep, deep

25   problem with the communication here, which shows

1        that there cannot be a fair hearing.

2                    And based on this, we again are

3        appealing with the interlocutory appeals and plan

4        filing an appeal on the previous one with the

5        DEA, that the Administrator made.  So we just

6        want to put that on record, that we can go to the

7        Appeals court on these issues, and agree that we

8        want the privilege motion or ruling to be made.

9        So thank you.

10                   JUDGE WALLBAUM:  Thank you.  Mr. Dean,

11       what about the argument that Mr. Beerbower waived

12       any privilege on the government's behalf when he

13       disclosed twice that there had been this

14       communication?  Don't you at a minimum have to

15       tell me who you communicated with?  How is who

16       you communicated with covered by privilege even

17       if it did exist?

18                   MR. DEAN:  Well Your Honor, I guess

19       there's a couple of things to unpack here.

20       Whether Mr. Beerbower spoke inelegantly and said

21       the Administrator or even if the Administrator's

22       office is accepting it, we can't really get to

23       despite recollections because we don't have a

24       transcript and I was not there at the hearing.

25                   JUDGE WALLBAUM:  Everybody's in

1    agreement as to what was said, even Mr. Locher,

2    who was there.  So I -- we proceed all the time

3    with off the record status conferences, and all

4    of the time we hold the parties, including

5    respondents, to state -- things that were said

6    during off the -- status conferences where there

7    was not a court reporter.

8              So that seems to be a well-established

9    process, that things said at a status conference

10   can be referenced subsequently in orders in these

11   proceedings.

12             MR. DEAN:  Your Honor, yeah.  That's

13   not what I was saying.  But my point was if he

14   referenced both the Administrator and the

15   Administrator's office, we don't know what he

16   meant.  I mean we can guess at what he's saying.

17   I think he spoke inelegantly.  I think he meant

18   the Administrator's office.  I think my

19   references to the front office have been fairly

20   clear.  I made representations to you which

21   should allay many of the concerns that have been

22   raised here.

23             JUDGE WALLBAUM:  Well, Administrator's

24   office includes the Administrator, and whether

25   that was elegant or inelegant, it still raises a

1    question that there have been communication with

2    people administrator-adjacent, as to these

3    proceedings.

4            (Simultaneous speaking.)

5            MR. DEAN:  I think --

6            JUDGE WALLBAUM:  I'm sorry?

7            MR. DEAN:  I'm sorry, Your Honor.  I

8    thought you were finished.

9            JUDGE WALLBAUM:  I am, go ahead,

10   thanks.

11           MR. DEAN:  I thought I had explained

12   previously that there are procedures in place so

13   that all those involved in issuing final

14   decisions, final orders are not the same people

15   who are contacted or had input into these matters

16   while they're active in litigation.  So my

17   apologies to the extent that it wasn't clear, but

18   I thought I had made that point previously.

19           JUDGE WALLBAUM:  What about the

20   argument that Mr. Beerbower waived any privilege

21   when he made that representation as to who he had

22   communicated with?

23           MR. DEAN:  I think that would be a

24   fairly wrong assertion, because I am stating now

25   that -- and I stated to you previously that the

1    Administrator was not involved in that.  I

2    believe that's what I had said, and I also said

3    that they had separate individuals being involved

4    regardless, from the front office involved in

5    reviewing this.

6            So to the extent that perhaps I'm --

7    I understand the gravity of the situation and

8    Your Honor's interest in making sure there's a

9    fair hearing, but I don't think that the fact

10   that Mr. Beerbower may have erroneously said

11   Administrator or Administrator's office when he

12   was referring to a collective group of

13   individuals, which I've been referring to as the

14   front office, waives any sort of privilege.

15           The agency may decide to disclose this

16   information to you, I don't know.  But they may

17   not, and I think the agency's position at this

18   point is that it's internal deliberation, and you

19   have -- you have the agency's position, which is

20   evidenced in the scheduling notice that was

21   published, and my assurances to you on the record

22   that we've made throughout this hearing today.

23           JUDGE WALLBAUM:  Mr. Dean, how does

24   deliberative process or attorney-client privilege

25   or work product, whichever privilege you want to

1    rely on, how does that protect the name of the

2    person who gave you the instruction?  That's not

3    a content of the conversation.  That's merely a

4    title or a name.  How is that covered by

5    privilege?

6               MR. DEAN:  Well first of all Your

7    Honor, I don't know specifically who it was, but

8    more generally I -- so I can't help you there.

9    But more generally, I think any sort of

10   individuals within the agency who are involved in

11   any sort of decision-making would not, would not

12   have to be named.

13              JUDGE WALLBAUM:  You said earlier the

14   agency would have to decide whether or not to

15   provide that information.  Is that still a

16   possibility, that the government could decide to

17   disclose that information in these proceedings,

18   as to who specifically provided that instruction?

19              MR. DEAN:  I would have to speak with

20   the deputy chief counsel and chief counsel, to

21   see whether they would be willing to do that, or

22   the agency is willing to do that.  I mentioned

23   it, so it is a possibility.  Unfortunately, I

24   can't tell you more than that at this point.

25              JUDGE WALLBAUM:  All right.  Well I'll

1    let the government consider whether it wants to

2    do that, and wants to disclose anything else.

3    Obviously I have an obligation to provide a fair

4    hearing to the parties in this case.

5              I take that very seriously, and I've

6    heard your representation.  But this will not

7    happen again without me being informed of it,

8    although if we come to the point again where me

9    being informed of it doesn't let me know who is

10   doing it, that may pose some of the same issues

11   that we have here right now.

12             But I'll close with saying that that's

13   something the government can discuss internally,

14   as to whether it wants to disclose additional

15   information on this matter, or not.  There

16   obviously certain consequences associated with

17   not.  Anything else, Mr. Dean?

18             MR. DEAN:  No, Your Honor.

19             JUDGE WALLBAUM:  All right, all right.

20   Thank you all very much.

21             MR. ZORN:  May I just add something

22   quickly for the record?

23             JUDGE WALLBAUM:  Yes, Mr. Zorn.

24             MR. ZORN:  There's one thing that the

25   government said that actually bothers me, which

1       is they're for walling off certain people.

2                  JUDGE WALLBAUM:  I'm sorry Mr. Zorn,

3       if I could stop you right there.  That last

4       portion was very garbled, so you might want to

5       restate it.

6                  MR. ZORN:  My apologies.  Let me get

7       closer.  The government said one thing that

8       bothered me, which was there's a procedure for

9       walling off certain people.  The decision in this

10      case is made by the Administrator and to the

11      extent others are assisting her, or sorry the

12      final, obviously Your Honor makes the

13      recommendation.

14                  To the extent there's any authority

15      for others to be involved, it is a delegation

16      from the Administrator.  So this is not like a

17      situation in private practice where you have

18      multiple partners in a law firm and you can wall

19      them off from each other.  This all goes to the

20      same decision-maker, and I think whoever was

21      involved in this decision, and this is also again

22      why who is involved actually matters, but whoever

23      was involved in this took a delegation from the

24      Administrator, and whoever is going to review the

25      final decision is delegated, whether it's the

1    Administrator herself or not.

2              But legally it has to be the

3    Administrator herself.  So I don't think this

4    walling off process, to the extent there is

5    prejudice or bias and, you know, against the

6    interested party including my party has already

7    made that allegation.  We cited Overton Park in

8    our papers.  I'm not going to rehash old ground,

9    but that is not a procedure proposed by the

10   government, which I think has any legal basis

11   whatsoever.  It all comes from the Administrator.

12             And then the other point I would note

13   is, and I understand Your Honor's order denying

14   our request for disclosure.  I'm not here to

15   rehash that, but I have separately made FOIA

16   requests for judicial records.  I would like the

17   carisoprodol proceedings.  It's the only

18   precedent of recent memory.  The agency is not

19   turning that over.  I don't understand the walls

20   of secrecy that are involved in this, why you

21   can't get simple discovery from the agency.

22             But to me, this is kind of a

23   troublesome practice here of we can't seem to get

24   information, and the reason that relates to what

25   we're talking about is this was a notice of

1    hearing to allow the public to participate in

2    these proceedings.  I don't understand how or why

3    it took them so long to do it.  I'm not here to

4    rehash that, but I just don't want that to be

5    lost, as to why this was an important order that

6    Your Honor put out.

7              JUDGE WALLBAUM:  Thank you Mr. Zorn,

8    and thank you Mr. Hunter and Mr. Heldreth.  So

9    that for me concludes the on the record portion.

10             I know Mr. Zorn and perhaps others

11   wanted to address a few things, procedural

12   matters off the record.  I will note that I will

13   receive a transcript of this hearing, of this

14   sorry, this status conference and I will

15   distribute that to the parties promptly upon my

16   receipt of that.

17             So if that's all, then we can at this

18   stage go off the record.  Thank you.

19             (Whereupon, the above-entitled matter

20   went off the record at 1:57 p.m.)

21

22

23

24

25

**A**

**able** 18:4 23:16
**above-entitled** 1:18
 33:19
**Absolutely** 14:18
**accept** 6:4
**accepting** 25:22
**accord** 10:5
**acting** 3:24
**action** 10:20
**active** 16:4 27:16
**add** 30:21
**additional** 20:20 30:14
**address** 8:14 33:11
**Administration** 1:2 2:4
**Administrative** 1:23 3:6
 20:5
**Administrator** 8:21 9:8
 9:16,18 10:13,18
 11:19 12:3,22 15:14
 15:22 16:12,15 17:25
 23:7 24:20 25:5,21
 26:14,24 28:1,11
 31:10,16,24 32:1,3,11
**Administrator's** 9:4,10
 9:18 10:18 11:5 14:15
 16:13 18:1 22:4 24:21
 25:21 26:15,18,23
 28:11
**administrator-adjacent**
 27:2
**advance** 20:15
**afternoon** 11:7
**agency** 11:10,11,15
 12:4,21 15:1,25 23:8
 23:15 24:7,9 28:15
 29:10,14,22 32:18,21
**agency's** 13:18,25 14:8
 17:12 28:17,19
**agree** 15:10 22:18,22
 24:18 25:7
**agreement** 26:1
**ahead** 14:20 27:9
**allay** 26:21
**allegation** 32:7
**allow** 7:2 20:18 33:1
**amend** 6:19
**amount** 5:9
**Andrew** 2:4 3:13
**andrew.t.winkler@de...**
 2:7
**ANNE** 2:25
**annulment** 14:14
**answer** 11:18
**Antonio** 2:18
**APA** 15:7
**apologies** 27:17 31:6
**apologize** 14:23

**apparent** 5:16
**appeal** 8:10 10:12
 14:14,16 15:12 25:4
**appealing** 25:3
**appeals** 25:3,7
**appear** 4:6
**appearances** 2:1 3:7
**appearing** 4:3,5
**appears** 23:11
**appellate** 23:20
**appreciate** 4:6
**appropriate** 21:7
**April** 6:18 7:4,4,13,20
 7:23 8:24 9:19 12:8,9
 13:11 14:8 17:4
**argument** 25:11 27:20
**aside** 13:12 14:5
**asked** 4:5,22 8:2,17 9:5
 9:21
**asking** 5:15 18:8
**assertion** 27:24
**assigned** 3:6
**assisting** 31:11
**associated** 20:4 30:16
**assurances** 28:21
**attempt** 11:18
**attending** 23:1
**attorney-client** 11:9
 15:5 22:7 28:24
**authority** 31:14
**avoid** 6:6
**aware** 16:1

**B**

**background** 8:12
**bare** 19:5
**based** 24:4 25:2
**basis** 32:10
**Beerbower** 4:20 5:18
 7:6 8:6,17,20 10:1,17
 10:21 12:2,4 16:11
 22:3,20,24 25:11,20
 27:20 28:10
**Beerbower's** 6:1 11:21
 13:8 14:6
**behalf** 2:2,9 25:12
**believe** 6:14 7:7 8:2
 15:18 16:25 17:15,17
 18:14,16 24:24 28:2
**believes** 11:11 15:1
**Bellevue** 2:23
**bias** 32:5
**blocks** 20:14
**bothered** 31:8
**bothers** 30:25
**briefly** 22:17 24:18
**Building** 2:17

**C**

**C** 2:11
**C.F.R** 6:23
**call** 11:20 12:9
**called** 8:13 12:3
**calls** 20:9
**camera** 16:6
**carisoprodol** 32:17
**case** 5:22 6:12 16:23,24
 17:11 18:14,16 22:22
 30:4 31:10
**CCD** 10:19,24 11:20
**CD** 6:4
**CEO** 4:2
**certain** 10:19 30:16
 31:1,9
**certainly** 12:4 14:24
**chance** 10:8
**change** 20:17,18
**characterization** 12:2
**check** 6:5
**chief** 2:5 12:23 15:20
 16:8,8 17:6,6 29:20
 29:20
**circumstances** 23:2
**cited** 32:7
**City** 20:12,21
**claim** 24:6,8
**claiming** 6:20 23:15
**clarity** 10:16
**clear** 4:4,23 5:5,9 8:23
 12:22,25 13:8 15:23
 18:8 26:20 27:17
**clearly** 13:18
**clerk** 2:25 8:2
**Clerk's** 9:13
**close** 20:16 30:12
**closed** 23:8
**closer** 31:7
**Coleman** 2:11 3:18
**collection** 15:24
**collective** 28:12
**come** 9:7 30:8
**comes** 32:11
**comfortable** 17:19
**commence** 6:22
**comments** 21:17,19
 22:15
**common** 4:12
**communicated** 13:1
 14:11 19:16 25:15,16
 27:22
**communication** 15:14
 23:1,2,12,13,22 24:10
 24:25 25:14 27:1
**communications** 19:9
 22:4,8
**company** 4:3

**completed** 12:11
**complicated** 6:1
**complied** 11:12 13:7
 14:1 15:2
**complies** 13:13
**comply** 5:2 9:6 11:1
**complying** 13:10,11,14
 13:19
**concern** 14:17 23:5
**concerned** 14:25
**concerns** 14:24 24:4,5
 26:21
**concludes** 33:9
**confer** 17:5
**conference** 1:3 3:4 4:9
 4:10,13,24 7:5,7,16
 7:22,23 8:5,14,24
 13:4 21:21 22:2,12,20
 24:17 26:9 33:14
**conferences** 4:11 13:3
 13:3 26:3,6
**conferring** 15:19
**conflicts** 16:3
**consent** 6:19 7:14
**consequences** 30:16
**consider** 21:7 30:1
**consistent** 14:6
**contacted** 27:15
**content** 24:9 29:3
**conversation** 22:25
 29:3
**correctly** 17:17
**COTTER** 2:25
**counsel** 2:5 4:20 5:21
 12:23 15:20 16:8,9
 17:6,6 29:20,20
**couple** 21:5 25:19
**course** 10:19 17:18
 19:10
**court** 17:19 22:7 24:5,8
 25:7 26:7
**Court's** 23:4
**covered** 23:3 25:16
 29:4
**Crystal** 20:12,21
**currently** 20:13
**cut** 16:16

**D**

**date** 4:19 6:12,21 7:9
 7:16,19
**dates** 7:25
**David** 2:3,21 3:9,24
**david.m.locher@dea....**
 2:7
**davidh@panaceapla...**
 2:23
**DEA** 4:6,21 7:23 8:9,23

10:22 11:1 16:15 20:6
  20:14 24:21 25:5
**dead** 11:3
**deadlines** 7:2
**Dean** 2:3 3:11,11 4:4,19
  7:10 10:23 11:7,23
  12:13,20 13:16 14:18
  14:21 15:18 16:25
  17:5,15,21 18:13 19:1
  19:5,10,19 21:2,12
  25:10,18 26:12 27:5,7
  27:11,23 28:23 29:6
  29:19 30:17,18
**decide** 28:15 29:14,16
**decision** 17:12 18:12
  31:9,21,25
**decision-maker** 16:23
  31:20
**decision-making** 16:24
  18:6 29:11
**decisions** 24:23 27:14
**deep** 24:24,24
**delegated** 31:25
**delegation** 31:15,23
**deliberation** 28:18
**deliberations** 11:10
**deliberative** 15:6 28:24
**denying** 7:14 32:13
**DEPARTMENT** 1:1
**depths** 23:17
**deputy** 16:8 17:6 29:20
**desk** 9:4
**despite** 5:11 25:23
**detail** 16:7
**detailed** 16:22
**determining** 17:12
**different** 13:15,15
  16:20 17:18 18:10
**differently** 18:23 19:15
**diligently** 6:25
**DiPT** 1:7
**direct** 7:17 24:8
**directing** 8:8
**direction** 9:19 19:14
**directions** 18:6
**directive** 13:15
**directly** 9:8 11:20 22:24
  24:20
**disagree** 9:11 10:4,9
  13:17
**disagreed** 8:11
**disclose** 28:15 29:17
  30:2,14
**disclosed** 22:3 25:13
**disclosure** 4:16 5:3
  8:14 32:14
**discovery** 32:21
**discuss** 30:13

**discussed** 7:5 21:11,16
  22:16 24:16
**discussion** 16:6
**dispute** 9:25 12:1
**disregard** 11:21 22:6
  23:13
**distribute** 33:15
**Docket** 1:6 3:5
**document** 5:12
**documents** 5:7,8 6:4
**doing** 30:10
**Drive** 2:5
**Drug** 1:2 2:4
**due** 23:9

**E**

**earlier** 29:13
**effect** 14:9
**either** 10:4 13:2 16:8
**elaborate** 12:18
**elegant** 26:25
**email** 5:17 6:3 8:3
**employee** 20:6,8
**Enforcement** 1:2 2:4
**erroneously** 28:10
**errors** 19:25
**especially** 4:12 23:5
**ESQ** 2:3,3,4,11,16
**established** 23:22
**etcetera** 24:3
**Everybody's** 25:25
**evidenced** 28:20
**ex** 15:13 19:8 23:11,12
  23:22
**exactly** 11:25
**example** 13:22
**exchanges** 5:17
**Excuse** 11:23
**exhibits** 4:17
**exist** 25:17
**expand** 11:6
**explain** 6:2 10:25 11:6
**explained** 7:6 27:11
**expressed** 4:13 12:4,8
  12:11,15 23:4
**expressly** 5:19
**extension** 5:19
**extensions** 5:11
**extent** 23:17,18 27:17
  28:6 31:11,14 32:4

**F**

**f** 6:24
**fact** 11:13 28:9
**factual** 22:19
**failed** 5:2,13 6:3
**failure** 4:14 21:8
**fair** 15:8 18:4 25:1 28:9

30:3
**fairly** 23:8 26:19 27:24
**far** 5:2 20:5
**February** 6:13,14
**Federal** 7:19 14:3 19:23
  19:24
**file** 8:9 10:11
**filed** 6:19
**filing** 25:4
**final** 17:13 27:13,14
  31:12,25
**find** 10:10 17:17 18:17
**finished** 27:8
**finite** 5:8
**firm** 31:18
**first** 4:19 6:9,15 8:22
  9:20 12:6 14:10 16:11
  20:1 21:19 29:6
**five** 3:5
**FOIA** 32:15
**follow** 4:15
**formatted** 13:23,24
**forthwith** 8:9
**forward** 6:7 15:15 17:3
  19:5
**four** 5:4,6
**front** 5:10 12:15,19,20
  12:25 15:24 16:2,13
  18:22 26:19 28:4,14
**frustration** 4:14 5:1
**further** 15:19 16:7
  21:12

**G**

**garbled** 31:4
**generally** 12:15 29:8,9
**generous** 5:9
**give** 6:17 10:8 11:20
  12:14 15:7,16,18 17:7
  20:15,19
**given** 5:9 23:5
**gives** 18:22
**giving** 18:5
**government** 2:2 3:8,10
  3:12,14 5:1,4,12 6:18
  6:24 7:18 8:1,8,18
  10:8,11 15:9 18:9,21
  19:21 21:3,6,10,23
  29:16 30:1,13,25 31:7
  32:10
**government's** 4:14
  7:14 25:12
**grant** 5:10,20
**grappling** 15:5,6,8
**gravity** 28:7
**ground** 32:8
**group** 28:12
**guess** 25:18 26:16

**H**

**Hamilton** 2:15
**happen** 20:14 30:7
**happened** 5:24 10:25
  17:23,24 21:4 24:2
**happening** 19:7,7
**headquarters** 20:15
**heard** 7:25 8:17 21:22
  22:20 24:20 30:6
**hearing** 1:19 4:18 6:12
  6:22 7:1,9,16,18,24
  8:16 14:10 15:8 18:5
  19:6,8,24 20:19 21:1
  25:1,24 28:9,22 30:4
  33:1,13
**held** 7:5,21 13:4
**Heldreth** 2:21 3:24,24
  4:2 24:16,18 33:8
**help** 29:8
**history** 6:16,17
**hold** 19:20,21 21:6 26:4
**Honor** 3:9 11:7,24
  12:13 13:16 14:18
  16:5 17:1,8,16 18:14
  19:10,19 21:13,14
  22:17,18,21 23:7,14
  23:25 24:14 25:18
  26:12 27:7 29:7 30:18
  31:12 33:6
**Honor's** 22:11 28:8
  32:13
**HONORABLE** 1:22
**hope** 6:7
**hoping** 10:25
**Houston** 2:13
**Hunter** 2:16,16 3:21,21
  3:21 22:15,17 24:13
  24:14,19 33:8

**I**

**identical** 11:13
**identify** 24:10
**immediately** 17:19
  18:19
**important** 33:5
**impropriety** 23:24
**impute** 10:7
**inclined** 5:10
**include** 6:21
**includes** 26:24
**including** 4:17 12:21
  26:4 32:6
**inconvenience** 20:17
**incorrect** 20:1
**independent** 23:24
**indicate** 8:10
**indicated** 6:24
**individual** 12:14 23:9

**individuals** 12:16 15:25
  16:2 18:15 24:10 28:3
  28:13 29:10
**inelegant** 26:25
**inelegantly** 25:20 26:17
**inform** 8:6 18:24 19:17
**informal** 21:20 22:20
**information** 7:25 15:17
  15:19 28:16 29:15,17
  30:15 32:24
**informed** 30:7,9
**input** 27:15
**instance** 22:23
**institution** 16:16
**instructed** 8:21 9:5
  10:19 16:19 17:3
**instruction** 9:7 11:20
  18:10 29:2,18
**instructions** 18:23
  24:11
**interest** 16:4 28:8
**interested** 2:9 5:14,17
  15:7 17:24 19:18
  20:11 32:6
**interlocutory** 8:10
  10:12 14:13,16 15:11
  23:20 25:3
**internal** 11:10 28:18
**internally** 30:13
**invoked** 21:24 22:6
**invoking** 21:23
**involved** 16:24 17:11
  18:1,6,11,15 27:13
  28:1,3,4 29:10 31:15
  31:21,22,23 32:20
**involvement** 11:4
**issue** 7:20 8:14 18:8
**issued** 6:14 7:13 8:7,15
  17:12
**issues** 25:7 30:10
**issuing** 27:13
**iterations** 9:2

**J**

**Jampala** 2:16 3:22
**Jason** 2:15
**John** 2:16 3:21
**john@hljdefense.com**
  2:19
**Judge** 1:23 2:25 3:3,6
  3:15,19,23 4:1 10:6
  11:19 12:7,18,24 14:4
  14:20 15:4 16:10 17:2
  17:9,21 18:20 19:3,13
  19:20 20:25 21:15
  22:14 24:12,15 25:10
  25:25 26:23 27:6,9,19
  28:23 29:13,25 30:19

30:23 31:2 33:7
**Judges** 20:5
**judicial** 32:16
**July** 1:10
**June** 4:9 5:4 7:21 8:5,7
  8:13
**JUSTICE** 1:1

**K**

**keep** 14:22
**kinds** 22:8

**L**

**lack** 10:16
**Lane** 2:16 3:22
**language** 8:9,11,23,25
  9:19 11:2,2,13 12:9
  12:10 14:8 17:4 18:11
**large** 16:15
**law** 1:23 2:25 3:6 20:5
  31:18
**lead** 4:20 5:21 15:25
**leadership** 12:21
**legal** 32:10
**legally** 32:2
**liberty** 12:17
**Life** 2:17
**limited** 11:8
**litigation** 27:16
**little** 6:17 23:23
**LLP** 2:11 3:18
**located** 20:13
**location** 20:12,19
**Locher** 2:3 3:9,10 5:21
  9:11,25 10:3 21:14
  26:1
**long** 33:3
**longer** 4:21 10:21 23:3
**look** 10:3
**looked** 9:11
**loop** 23:8
**lost** 33:5
**lot** 6:15

**M**

**M** 2:3
**main** 2:12 9:24
**making** 4:7 17:20 24:22
  28:8
**Mary's** 2:17
**materials** 4:17
**matter** 1:5,18 3:4 4:19
  6:22 8:7 11:14 17:13
  30:15 33:19
**matters** 16:4,4 22:9
  27:15 31:22 33:12
**Matthew** 2:11 3:17
**mean** 10:3,7 12:19,20

15:21 26:16
**meant** 8:23 26:16,17
**mechanism** 10:13
**memory** 32:18
**mentioned** 24:21 29:22
**merely** 29:3
**merits** 7:16
**mid-January** 6:13
**Milgram** 11:20
**Mindstate** 2:10 3:16
**mine** 21:20
**minimum** 10:17 19:5
  25:14
**misspoken** 13:17
**mistake** 6:6,8
**moment** 11:23 20:23
**Monday** 1:9
**months** 5:5,6
**Morris** 2:15 3:20
**Morrissette** 2:5
**motion** 5:3 6:19 7:14
  25:8
**motions** 24:23
**multiple** 31:18
**mzorn@yettercolem...**
  2:14

**N**

**name** 12:17 17:7 29:1,4
**named** 29:12
**names** 12:14,17
**narrow** 4:9
**nature** 13:24 23:6
**nearby** 20:14
**necessarily** 14:22
**necessary** 7:8,17
**need** 15:11 19:3,4
**negligence** 6:3
**negotiate** 5:19
**neither** 24:1
**never** 13:1
**note** 19:22 32:12 33:12
**noted** 7:15
**notes** 9:10,12,13 16:10
**notice** 1:19 6:20,25 7:3
  7:18,24 8:16 12:5
  13:20 19:23 20:1,20
  28:20 32:25
**noticed** 4:17
**notified** 14:22
**notify** 17:18
**number** 5:13 20:2,3,4

**O**

**obligation** 30:3
**obviously** 13:22 30:3
  30:16 31:12
**occurred** 23:25

**offered** 5:18 18:24 22:2
**office** 2:5 9:10,18 10:18
  11:5 12:15,19,20 13:1
  14:15 15:24 16:2,13
  16:14 18:1,22 20:4
  22:4 24:21 25:22
  26:15,18,19,24 28:4
  28:11,14
**old** 32:8
**once** 7:16
**OPHS** 6:15
**order** 4:16,18 5:25 6:9
  6:11 7:8,13,15 8:8,10
  8:16,19,22 9:6,21,23
  10:12,20 11:1,12,14
  11:21 13:2,5,7,10,13
  13:15,19,21,22 14:1,2
  14:16 15:3,11,15
  16:20 19:15 22:7
  23:13 32:13 33:5
**ordered** 8:12 10:14
**orders** 4:15 5:2 7:12
  13:23 26:10 27:14
**outside** 18:2
**overrule** 24:8
**Overton** 32:7
**overturn** 10:14

**P**

**P-R-O-C-E-E-D-I-N-G-S**
  3:1
**p.m** 1:19 3:2 33:20
**Panacea** 2:20,22 3:23
  4:2
**papers** 32:8
**paragraph** 6:23
**Park** 32:7
**parte** 15:13 19:8 23:11
  23:12,22
**participate** 33:1
**particular** 5:3
**parties** 2:9 5:14,18 15:8
  17:23,24 19:18 20:11
  23:16 24:1 26:4 30:4
  33:15
**partitioned** 16:3
**partners** 31:18
**party** 15:10 23:19,21
  32:6,6
**path** 16:20
**Paul** 2:3 3:11
**Pause** 20:24
**pending** 6:13 10:20
  13:5 14:15 15:11,15
  16:5
**people** 16:14,16 24:22
  27:2,14 31:1,9
**person** 17:10 18:5 29:2

**personally** 21:23
**perspective** 6:11
**phone** 20:1,3,4,8
**place** 20:22 27:12
**places** 20:17
**plan** 25:3
**Plant** 2:20,22
**please** 3:8 11:6 14:20
    20:23 21:4
**plenty** 6:5
**point** 21:22 22:5 26:13
    27:18 28:18 29:24
    30:8 32:12
**pointed** 23:25
**points** 14:2
**portion** 31:4 33:9
**pose** 30:10
**position** 12:25 13:6,18
    13:25 14:7,8 28:17,19
**possibility** 29:16,23
**practice** 31:17 32:23
**precedent** 32:18
**prehearing** 6:19 7:2,12
    7:21 8:5 13:3,3
**prejudice** 32:5
**prepare** 5:5,7 6:25
**prepared** 5:6
**present** 2:24 22:23
**pressing** 6:11
**prevents** 23:16
**previous** 9:3 24:23 25:4
**previously** 27:12,18,25
**prior** 11:2
**private** 31:17
**privilege** 11:10 15:5
    21:23,24 22:5,8 23:3
    23:15 24:6,8 25:8,12
    25:16 27:20 28:14,24
    28:25 29:5
**privileged** 11:25
**pro** 2:21 3:25 4:3
**problem** 23:10,19 24:25
**procedural** 6:15,17
    33:11
**procedure** 31:8 32:9
**procedures** 18:3 27:12
**proceed** 26:2
**proceeding** 19:8
**proceedings** 4:12 18:2
    23:6 26:11 27:3 29:17
    32:17 33:2
**process** 12:5,10 15:6
    18:7 23:10 26:9 28:24
    32:4
**produce** 5:13
**product** 28:25
**progress** 8:6
**promptly** 19:17 33:15

**proper** 10:13 20:22
**proposed** 6:20 32:9
**protect** 29:1
**protects** 22:8
**provide** 18:4 23:9,23
    24:9 29:15 30:3
**provided** 29:18
**public** 33:1
**publication** 4:18 7:3,8
    7:20
**publish** 6:12 7:18 8:8
    8:16 9:23 11:2
**published** 7:24 8:4,12
    8:19,22 9:20 11:15
    13:20 14:2 19:23,25
    28:21
**purpose** 4:8 22:11
**pursuant** 1:19 6:23
**put** 12:23 14:9 25:6
    33:6

---

**Q**

**question** 17:16 21:24
    23:21 27:1
**questions** 11:17 21:17
    22:15
**quickly** 30:22

---

**R**

**raised** 24:7 26:22
**raises** 18:7 26:25
**reach** 8:2
**reaction** 9:14
**ready** 5:13
**reason** 5:25 9:24 12:1
    14:10,17 32:24
**reasons** 4:21
**recall** 21:21
**receipt** 33:16
**receive** 23:20 33:13
**recollection** 10:5,9
    21:19
**recollections** 25:23
**recommendation** 31:13
**recommended** 17:11
    18:12
**record** 3:4 4:4,8,10,11
    4:24 5:24 6:16 10:22
    17:7 21:1,11,16,25
    22:1,11,13,16 24:17
    25:6 26:3 28:21 30:22
    33:9,12,18,20
**records** 32:16
**rectify** 23:19
**referenced** 26:10,14
**references** 26:19
**referring** 28:12,13
**regard** 10:20

**regarding** 4:18 5:24
    22:19
**regardless** 28:4
**Register** 7:19 14:3
    19:23,24
**regulations** 15:9 20:18
**regulatory** 18:2
**rehash** 32:8,15 33:4
**reiterate** 5:1,23
**relate** 22:10
**relates** 32:24
**relationship** 23:6
**relatively** 4:11 7:11
**relayed** 22:24
**relief** 23:18,20
**rely** 29:1
**remarks** 22:21
**repeated** 9:8
**repeating** 14:23
**reporter** 26:7
**represent** 17:1 21:3
**representation** 9:12
    10:10 11:22 14:5,7
    16:18,22 17:16,14,20
    17:25 18:9,17,21
    19:12,14 27:21 30:6
**representations** 13:9,9
    19:22 21:5 22:19
    26:20
**request** 32:14
**requested** 7:1
**requests** 32:16
**requires** 15:7
**resolve** 7:19
**respectfully** 13:16
**respondents** 26:5
**responsibility** 6:2
**responsible** 24:22
**restate** 31:5
**review** 23:24 31:24
**reviewing** 18:11 28:5
**Rulemaking** 6:21
**ruling** 17:13 24:6 25:8

---

**S**

**S** 2:17
**safeguard** 23:10
**sake** 6:16
**San** 2:18
**sanctions** 21:7
**save** 22:12
**saying** 11:25 26:13,16
    30:12
**says** 20:12
**schedule** 6:20
**scheduling** 1:6 3:5
    13:23 28:20
**Sciences** 2:20,22

**se** 2:21,22 3:25 4:3
**second** 6:10 9:9 20:10
    21:22 22:5
**Secondly** 14:13
**secrecy** 32:20
**Section** 6:23
**separate** 9:1 18:7 28:3
**separately** 32:15
**seriously** 30:5
**set** 7:17 20:11
**setting** 13:12 14:5
**share** 23:4
**short** 21:18
**showed** 20:21
**shows** 24:25
**similar** 13:21
**simple** 32:21
**Simultaneous** 10:2
    27:4
**singular** 13:4
**situation** 28:7 31:17
**six** 7:22
**somebody** 10:17
**somewhat** 11:8
**sorry** 10:7 14:19 27:6,7
    31:2,11 33:14
**sort** 16:5 20:7 28:14
    29:9,11
**sought** 23:19
**sounds** 13:14
**speak** 14:19,21 16:7
    29:19
**speaking** 10:2 27:4
**specific** 6:21 11:17
    12:16
**specifically** 4:5 8:18
    29:7,18
**spoke** 25:20 26:17
**spoken** 13:18
**Springfield** 2:6
**St** 2:17
**staff** 13:2
**stage** 4:13 33:18
**state** 26:5
**stated** 8:20 21:21,22
    27:25
**STATES** 1:1
**stating** 27:24
**status** 1:3 3:4 4:9,10,11
    4:13,24 7:5,7,15,23
    8:13,18,24 21:20 22:1
    22:11 26:3,6,9 33:14
**stop** 11:16 31:3
**Street** 2:12,17,22
**studies** 5:14
**subsequently** 26:10
**substance** 22:3,24
    23:13

**substantially** 11:12
 13:7,20,21 14:1 15:2
**suggest** 15:21
**suggested** 8:24
**suggesting** 15:21
**Suite** 2:12,18
**supervisor** 4:6 10:24
**supposed** 9:20
**surprise** 9:15 10:4
**surrounding** 16:14
**swap** 5:12

**T**

**T** 2:4,16
**Tactogen** 2:10 3:16
**talking** 32:25
**tell** 15:16 17:3 20:6
 25:15 29:24
**Teresa** 1:22 3:7
**terms** 11:1 12:16
**test** 23:16
**Texas** 2:13,18
**thank** 3:15 4:1,4 10:6
 22:14 24:12,15 25:9
 25:10 30:20 33:7,8,18
**thanks** 27:10
**things** 13:24 16:11
 25:19 26:5,9 33:11
**third** 14:14
**thought** 15:23 27:8,11
 27:18
**title** 29:4
**today** 4:22 9:25 14:10
 16:19 17:22 24:7
 28:22
**told** 5:19 8:3
**topic** 22:10,16
**topics** 21:10
**Tower** 2:17
**transcript** 25:24 33:13
**tribunal** 7:1 13:2 18:24
 19:17
**troublesome** 32:23
**troubling** 10:10
**try** 9:3 11:8
**trying** 11:24
**tryptamines** 3:5
**turning** 32:19
**twice** 25:13
**two** 4:15 5:2 8:15 16:11
 19:25 21:18

**U**

**ultimate** 16:23
**unacceptable** 14:12
**understand** 13:6 14:24
 14:25 15:4 16:15
 17:22 18:12,13 19:11

22:10 23:17 24:1 28:7
 32:13,19 33:2
**understanding** 9:7,17
 11:3 17:16
**Unfortunately** 29:23
**UNITED** 1:1
**universe** 5:8
**unpack** 25:19
**usually** 13:23

**V**

**vacate** 7:2
**version** 13:11
**versions** 9:2
**Videoconference** 1:12
**view** 12:5,8,11,12,15
**violation** 23:18
**Virginia** 2:6

**W**

**waived** 7:11 25:11
 27:20
**waiver** 21:25 22:23
**waives** 28:14
**Walker** 4:24
**wall** 31:18
**Wallach** 2:15 3:19
**Wallbaum** 1:22 2:25 3:3
 3:7,15,19,23 4:1 10:6
 11:19 12:7,18,24 14:4
 14:20 15:4 16:10 17:2
 17:9,21 18:20 19:3,13
 19:20 20:25 21:15
 22:14 24:12,15 25:10
 25:25 26:23 27:6,9,19
 28:23 29:13,25 30:19
 30:23 31:2 33:7
**walling** 31:1,9 32:4
**walls** 32:19
**wanted** 4:25 5:23 8:22
 9:22 10:8,9,22 16:5
 33:11
**wants** 30:1,2,14
**Washington** 2:23
**wasn't** 27:17
**water** 11:4
**way** 7:10 8:11 12:23
 13:1 24:2
**week** 11:15
**weekend** 9:3
**weeks** 7:22 8:15
**well-established** 26:8
**went** 11:2 33:20
**weren't** 13:10 14:22
**whatsoever** 32:11
**whichever** 28:25
**willing** 18:17 29:21,22
**Winkler** 2:4 3:13,13

4:25 5:21
**work** 28:25
**worked** 9:2
**working** 6:25 8:25
**wrong** 18:18 27:24

**X**

**Y**

**Yetter** 2:11 3:17

**Z**

**Zorn** 2:11 3:17,17 21:15
 21:18 22:18,21 24:19
 30:21,23,24 31:2,6
 33:7,10

**0**

**1**

**1:00** 1:19
**1:01** 3:2
**1:57** 33:20
**11** 1:10
**1308.43** 6:23
**13th** 8:7
**14321** 2:22
**1740** 2:18
**1st** 6:14

**2**

**2022** 1:10 4:9 6:18
**21** 6:23
**210-202-1076** 2:19
**22-15** 1:6 3:5
**22152** 2:6
**22nd** 6:18 7:4
**26th** 7:4 8:24 9:19 12:9
 13:11 14:8 17:4
**27th** 7:13,20,23
**2nd** 6:14

**3**

**30th** 4:9 5:4 8:13
**310** 2:17

**4**

**4-OH-DiPT** 1:6
**40167** 19:25
**4100** 2:12
**49th** 2:22

**5**

**5-MeO-AMT** 1:7
**5-MeO-DET** 1:7
**5-MeO-MiPT** 1:7
**571-362-7022** 2:6
**571-362-8188** 20:3

**6**

**7**

**713-632-8000** 2:13
**77002** 2:13
**78205** 2:18
**7th** 7:21 8:5

**8**

**811** 2:12
**87** 19:24,24
**8701** 2:5

**9**

**98006** 2:23

C E R T I F I C A T E

This is to certify that the foregoing transcript


In the matter of: Scheduling of Five Tryptamines
                  Status Conference


Before: DEA


Date: 07-11-22


Place: teleconference


was duly recorded and accurately transcribed under

my direction; further, that said transcript is a

true and accurate complete record of the

proceedings.


                        ------------------------
                        Court Reporter

**NEAL R. GROSS**

COURT REPORTERS AND TRANSCRIBERS
1716 14TH ST., N.W., STE. 200
(202) 234-4433          WASHINGTON, D.C.  20009-7831          www.nealrgross.com