United States District Court
Southern District of Texas
**ENTERED**
July 03, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MATTHEW C. ZORN,<br><br>　　　Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, ET AL.<br><br>　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§    Civil Action No. 4:22-cv-02396 |

**ORDER**

The Court has considered Plaintiff's Unopposed Motion for Leave to File Third Amended Complaint (the "Motion") and finds that the Motion should be granted. Accordingly, it is hereby ORDERED that Mr. Zorn's Unopposed Motion for Leave to File Third Amended Complaint is GRANTED in its entirety. The Court will file the Third Amended Complaint attached to the Motion as Exhibit A, separately on the public docket.

SIGNED in Houston, Texas, on _____June 30,_____ 2023.

_____
Peter Bray
United States Magistrate Judge