United States District Court
Southern District of Texas
**ENTERED**
July 03, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Matthew C. Zorn, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action H-22-2396 |
| U.S. Department of Justice, et al. | § § | |
| Defendants. | § § | |

## Order for Status

This case was referred to Magistrate Judge Bray on June 28, 2023. By July 21, 2023, the parties shall file a joint status report, including any issues that will need the court's immediate attention. The motions currently pending before the court will be addressed in due course.

Signed on June 30, 2023, at Houston, Texas.

_____
Peter Bray
United States Magistrate Judge