# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| MATTHEW C. ZORN,<br><br>   *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>   *Defendants*. | Civil Action No. 4:22-CV-02396 |

## ADVISORY REGARDING
## NON-CONSENT TO THE MAGISTRATE JUDGE

  In accordance with the Court's June 28, 2023 Order of Reference, Plaintiff Matthew Zorn and Defendants, the United States Department of Justice, et al., provide the following advisory:

  Pursuant to 28 U.S.C. § 636(c)(2), the undersigned hereby advise the Court that the parties are not unanimous in agreeing to consent to the Magistrate Judge.

DATED: July 18, 2023

                   Respectfully Submitted,

                   *s/ Jimmy A. Rodriguez*
                   Jimmy A. Rodriguez
                   Assistant United States Attorney
                   Southern District of Texas
                   Attorney in Charge
                   Texas Bar No. 24037378
                   Federal ID No. 572175
                   1000 Louisiana, Suite 2300
                   Houston, Texas 77002
                   Tel: (713) 567-9532
                   Fax: (713) 718-3303
                   jimmy.rodriguez2@usdoj.gov

                   BRIAN M. BOYNTON
                   Principal Deputy Assistant Attorney
                   General

                   ELIZABETH J. SHAPIRO

Deputy Branch Director

James R. Powers
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
Texas Bar No. 24092989
1100 L Street, NW
Washington, DC 20005
Tel: (202) 353-0543
James.r.powers@usdoj.gov

Attorneys for Defendants

*/s/ Matthew C. Zorn*
Matthew C. Zorn
Yetter Coleman LLP
mzorn@yettercoleman.com
811 Main Street, Suite 4100
Houston, TX 77002
T: (713) 632-8000
F: (713) 632-8002

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that on July 18, 2023, a true and correct copy of the foregoing was filed with the United States District Clerk for the Southern District of Texas and electronically served on all counsel of record via the District's ECF system.

*s/ Jimmy A. Rodriguez*
Jimmy A. Rodriguez
Assistant United States Attorney