UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MATTHEW C. ZORN, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:22-cv-02396 |
| U.S. DEPARTMENT OF JUSTICE, ET AL. | § § § § | |
| Defendants. | § § | |

**ORDER**

The Court has considered Plaintiff Matthew C. Zorn's Motion for a Preliminary Injunction and Trial on Merits on First Amended Claim, any responses or replies thereto, and any arguments of counsel, and finds that the Motion should be GRANTED.

Accordingly, IT IS HEREBY ORDERED

1. The DEA will immediately post an index of all proceedings referred to the OALJ initiated within the past three years on its website.

2. The DEA will make all filings and transcripts from the Morris & Dickinson matter public available.

3. The DEA is enjoined from the practice of treating pending proceeding materials as FOIA exempt.

4. The DEA will post all dockets from proceedings before the agency within the past three years, timely publish dockets of pending proceedings going forward, and develop a mechanism to make records from administrative proceedings reasonably accessible to the public.

SIGNED at Houston, Texas, on _____ 2023.

_____
DREW B. TIPTON
UNITED STATES DISTRICT JUDGE