United States District Court
Southern District of Texas
**ENTERED**
July 31, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MATTHEW C. ZORN, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:22-cv-02396 |
| U.S. DEPARTMENT OF JUSTICE, ET AL. | § § § § | |
| Defendants. | § § | |

**ORDER**

The Court has considered Zorn's Motion for Targeted Discovery (ECF 31) and finds that the Motion should be DENIED AS MOOT. Zorn has withdrawn the Motion (ECF 61). Accordingly, it is hereby ORDERED that Zorn's Motion for Targeted Discovery (ECF 31) is DENIED AS MOOT.

SIGNED at Houston, Texas, on ___July 28,___ 2023.

PETER BRAY
UNITED STATES MAGISTRATE JUDGE