United States District Court
Southern District of Texas
**ENTERED**
August 09, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Matthew C. Zorn, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action H-22-2396 |
| | § | |
| U.S. Department of Justice, et al., | § | |
| *Defendants*. | § | |

## Order for Briefing

The court invites the parties to provide supplemental briefing on the issue of standing. The briefs should address whether any recent cases decided by the United States Supreme Court or the United States Court of Appeals for the Fifth Circuit might impact the parties' analysis. S*ee, e.g., 303 Creative LLC v. Elenis*, 143 S. Ct. 2298 (2023); *All. for Hippocratic Med. v. FDA*, No. 23-10362, 2023 WL 2913725 (5th Cir. Apr. 12, 2023). The briefs, if any, shall be filed by Friday, August 18, 2023. The parties should not reiterate the arguments in the briefs already before the court.

Signed at Houston, Texas on August 9, 2023.

Peter Bray
United States Magistrate Judge