# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| MATTHEW ZORN, *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, *et al.*, *Defendants*. | Civil Action No. 4:22-CV-02396 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Defendants request that the Court extend their deadline to file a response to Plaintiff's Motion for a Preliminary Injunction, from August 16 to August 23, 2023. Plaintiff does not oppose this motion. In further support of this motion, Defendants would show the Court the following:

1. Plaintiff filed a Motion for a Preliminary Injunction and Trial on Merits on First Amendment Claim on July 26, 2023. Dkt. No. 65. Under the Court's rules, Defendants' response is due August 16, 2023.

2. Due to the press of business in other matters, as well as the Court's recent order inviting the parties to submit supplemental briefing regarding standing, Dkt. No. 66, undersigned counsel requires a brief additional period to facilitate the orderly preparation and submission of Defendants' response to Plaintiff's Motion. Defendants accordingly request an extension of one week to file their response, until August 23, 2023.

DATED: August 10, 2023

Respectfully Submitted,

ALAMDAR S. HAMDANI
United States Attorney

Jimmy A. Rodriguez

Assistant United States Attorney
Southern District of Texas
Attorney in Charge
Texas Bar No. 24037378
Federal ID No. 572175
1000 Louisiana, Suite 2300
Houston, Texas 77002
Tel: (713) 567-9532
Fax: (713) 718-3303
jimmy.rodriguez2@usdoj.gov

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ James Powers*
JAMES R. POWERS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
(202) 353-0543
james.r.powers@usdoj.gov

Attorneys for Defendants

Of counsel:
Glenn Gray
Attorney
Drug Enforcement Administration
Office of Chief Counsel, FOIA & Information Law Section
8701 Morrissette Dr., Springfield, VA 22152

## CERTIFICATE OF CONFERENCE

Defendants have conferred with Plaintiff about this motion and Plaintiff is not opposed.

*s/ James R. Powers*
James R. Powers
Trial Attorney

2

**CERTIFICATE OF SERVICE**

I certify that on August 10, 2023, a true and correct copy of the foregoing was filed with the United States District Clerk for the Southern District of Texas and electronically served on all counsel of record via the District's ECF system.

*s/ James R. Powers*
James R. Powers
Trial Attorney