# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

MATTHEW ZORN,

    *Plaintiff*,

v.

U.S. DEPARTMENT OF JUSTICE, *et al.*,

    *Defendants*.

Civil Action No. 4:22-CV-02396

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Upon consideration of Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Motion for Preliminary Injunction, and for the reasons stated therein, it is hereby

ORDERED that the motion for extension of time is GRANTED. Defendants shall respond to Plaintiff's Motion for Preliminary Injunction, Dkt. No. 65, by August 23, 2023.

SIGNED on August _____, 2023.

_____
Peter Bray
United States Magistrate Judge