United States District Court
Southern District of Texas
**ENTERED**
August 10, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

MATTHEW ZORN,

*Plaintiff*,

v.

U.S. DEPARTMENT OF JUSTICE, *et al.*,

*Defendants*.

Civil Action No. 4:22-CV-02396

### ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Upon consideration of Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Motion for Preliminary Injunction, and for the reasons stated therein, it is hereby

ORDERED that the motion for extension of time is GRANTED. Defendants shall respond to Plaintiff's Motion for Preliminary Injunction, Dkt. No. 65, by August 23, 2023.

SIGNED on August __10__, 2023.

Peter Bray
United States Magistrate Judge