IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MATTHEW C. ZORN, <br> *Plaintiff*, <br> v. <br> U.S. DEPARTMENT OF JUSTICE, *et al.*, <br> *Defendants*. | Civil Action No. 4:22-CV-02396 |

## [PROPOSED] ORDER

Pending before the Court is Defendants' Motion to Strike. Dkt. No. 73. After reviewing the Motion, the Response, the record and the applicable law, the Court is of the opinion that it should be GRANTED.

It is SO ORDERED.

Signed this ____ of _____, 2023.

_____
**Peter Bray**
**U.S. Magistrate Judge**