UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MATTHEW C. ZORN, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:22-cv-02396 |
| U.S. DEPARTMENT OF JUSTICE, ET AL. | § § § § | |
| Defendants. | § § | |

**[PROPOSED] ORDER**

The Court, having considered the Unopposed Motion for Extension of Time, hereby GRANTS the Motion.

It is HEREBY ORDERED that Mr. Zorn's deadline to file his reply in support of Motion for a Preliminary Injunction and Trial on Merits on First Amendment Claim is extended until **September 9, 2023**.

SIGNED at Houston, Texas, on _____ 2023.

_____
PETER BRAY
UNITED STATES MAGISTRATE JUDGE