United States District Court
Southern District of Texas
**ENTERED**
August 30, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MATTHEW C. ZORN, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:22-cv-02396 |
| U.S. DEPARTMENT OF JUSTICE, ET AL. | § § § § | |
| Defendants. | § | |

## ORDER

The Court, having considered the Unopposed Motion for Extension of Time, hereby GRANTS the Motion.

It is HEREBY ORDERED that Mr. Zorn's deadline to file his reply in support of Motion for a Preliminary Injunction and Trial on Merits on First Amendment Claim is extended until **September 9, 2023**.

SIGNED at Houston, Texas, on _August 30,_ 2023.

PETER BRAY
UNITED STATES MAGISTRATE JUDGE