UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MATTHEW C. ZORN, | § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Action No. 4:22-cv-02396 |
| U.S. DEPARTMENT OF JUSTICE, ET AL. | | |
| Defendants. | | |

# [PROPOSED] ORDER

The Court has considered Defendants' Motion to Strike (Dkt. 73), the response and reply thereto, and any arguments of counsel, and finds that the Motion should be DENIED. Accordingly, it is hereby ORDERED that Defendants' Motion to Strike is DENIED in its entirety.

SIGNED at Houston, Texas, on _____ 2023.

_____
PETER BRAY
UNITED STATES MAGISTRATE JUDGE