UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MATTHEW C. ZORN, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:22-cv-02396 |
| U.S. DEPARTMENT OF JUSTICE, ET AL. | § § § § | |
| Defendants. | § § | |

**ORDER**

The Court has considered Plaintiff's Opposed Motion for Leave to File Fourth Supplemental and Amended Complaint (the "Motion") and finds that the Motion should be granted. Accordingly, it is hereby ORDERED that Mr. Zorn's Opposed Motion for Leave to File Fourth Supplemental and Amended Complaint is GRANTED in its entirety. The Court will file the Fourth Supplemental and Amended Complaint attached to the Motion as Exhibit A, separately on the public docket.

SIGNED in Houston, Texas, on _____ 2023.

PETER BRAY
UNITED STATES MAGISTRATE JUDGE