UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MATTHEW C. ZORN, § § Plaintiff, § § v. § § U.S. DEPARTMENT OF JUSTICE, ET § AL. § § Defendants. § | Civil Action No. 4:22-cv-02396 |

**ZORN'S UNOPPOSED SUBSTITUTED MOTION FOR LEAVE TO FILE A FOURTH SUPPLEMENTAL AND AMENDED COMPLAINT AND REQUEST FOR STATUS CONFERENCE**

Since the filing of Plaintiff's motion for leave to file a Fourth Amended Complaint, the parties have further discussed the matters presented therein. The parties have reached agreement, and the Government has consented to the filing of a revised Fourth Amended Complaint, which is attached to this motion as Exhibit A. *See* Fed. R. Civ. P. 15(a)(2) (permitting amendment based on the written consent of a party). *See also* Ex. B (Government consent).

The parties likewise agree that amendment of the complaint raises questions about how to proceed on pending motions, particularly the pending motion to dismiss, which are directed at earlier pleadings. The parties agree and respectfully request a status conference to discuss the pending motions and further proceedings.

For the reasons stated above, Plaintiff requests the Court grant leave to file the Fourth Amended Complaint and set a status conference to discuss resolution of the pending motions.[1]

---

[1] The parties are unavailable October 16, 19, 20.

-2-

Dated: October 6, 2023                                          Respectfully submitted,

/s/ *Matthew C. Zorn*
Matthew C. Zorn
YETTER COLEMAN LLP
mzorn@yettercoleman.com
811 Main Street, Suite 4100
Houston, TX 77002
T: (713) 632-8000
F: (713) 632-8002

Shane Pennington
PORTER WRIGHT MORRIS & ARTHUR
spennington@porterwright.com
2020 K Street, NW, Suite 600
Washington, D.C. 20006
T: (202) 778-3005
F: (202) 778-3063

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that on October 6, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Matthew C. Zorn*
Matthew C. Zorn

## CERTIFICATE OF CONFERENCE

      Since the filing of the original motion, I conferred with the Government in several e-mails and a phone call. The Government consents to the filing of the Fourth Amended Complaint attached to this filing, and the parties jointly request a status conference.

*/s/ Matthew C. Zorn*
Matthew C. Zorn

## WORDS

      I certify that this filing has 176 words, excluding the case caption, signature block, and certificates.

*/s/ Matthew C. Zorn*
Matthew C. Zorn
