UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MATTHEW C. ZORN, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:22-cv-02396 |
| U.S. DEPARTMENT OF JUSTICE, ET AL. | § § § § | |
| Defendants. | § § | |

**ORDER**

The Court has considered Mr. Zorn's Unopposed Substituted Motion for Leave to File Fourth Supplemental and Amended Complaint and Request for Status Conference (the "Motion") and finds that the Motion should be granted. Accordingly, it is hereby ORDERED that Mr. Zorn's Unopposed Substituted Motion for Leave to File Fourth Supplemental and Amended Complaint and Request for Status Conference is GRANTED in its entirety. The Court will file the Fourth Supplemental and Amended Complaint attached to the Motion as Exhibit A, separately on the public docket.

It is FURTHER ORDERED that the case is set for a status conference on _____, 2023, at __:__ _.m.

SIGNED in Houston, Texas, on _____ 2023.

_____
PETER BRAY
UNITED STATES MAGISTRATE JUDGE