# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

AIMS Institute, PLLC, et al.

v.                                                                 Case Number: 4:22−cv−02396

Merrick Garland, et al.

---

## NOTICE OF HEARING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

Status Conference set for 10/13/2023 at 09:30 AM before Magistrate Judge Peter Bray, by video.

Date: October 10, 2023

Nathan Ochsner, Clerk, Clerk
s/ 4 JasonMarchand, Deputy Clerk