Case 4:22-cv-02396   Document 81   Filed on 10/13/23 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
October 13, 2023
Nathan Ochsner, Clerk

**Cause Number:**  4:22-CV-2396

**Style:**  Matthew C. Zorn, et al. v. U.S. Department of Justice, et al.

**Appearances:**

| Counsel: | Representing: |
|---|---|
| Matthew Zorn | Pro Se |
| Jimmy Rodriguez | U.S. Department of Justice |
| James Ryan Powers | Merrick Garland |
| | Anne Milgram |
| | United States Drug Enforcement Administration |
| | Vanita Gupta |
| | Bobak Talebian |

Date:  October 13, 2023         ERO:   Yes

Time:  9:29 – 9:53 a.m.

## HEARING
## MINUTES AND ORDER

At the hearing the following rulings were made:

Plaintiff's Opposed Motion for Leave to File Fourth Supplemental and Amended Complaint, ECF No. 78, is DENIED AS MOOT.  Plaintiff's Unopposed Motion for Leave to File Fourth Supplemental and Amended Complaint, ECF No. 79, is GRANTED.  The clerk's office is ordered to file ECF. No. 79-1 as Plaintiff's Fourth Amended Complaint.

Defendants' Motion to Dismiss, ECF No. 42, is DENIED AS MOOT.  Plaintiff's Motion for Partial Summary Judgment, ECF No. 28, is DENIED AS MOOT.  Defendants' Motion to Strike, ECF No. 73, is DENIED AS MOOT.

Defendants' Rule 12 motion is limited to 50 pages. Plaintiff's Response is limited to 50 pages.  The reply is limited to 25 pages and the sur-reply is limited to ten pages.

The Clerk will file the Minutes and Order and provide copies to the parties.

_____
Peter Bray
United States Magistrate Judge