# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| MATTHEW ZORN,<br>*Plaintiff*,<br>v.<br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br>*Defendants*. | Civil Action No. 4:22-CV-02396 |

## [PROPOSED] ORDER

Upon consideration of the parties' Joint Motion for Extension of Time and Scheduling Order Regarding Motion to Dismiss Briefing Deadlines, and for the reasons stated therein, it is hereby

ORDERED that the motion is GRANTED. Further briefing on Defendants' motion to dismiss in part, Doc. No. 83, shall proceed on the following schedule:

- Plaintiff's response due November 20, 2023
- Defendants' reply due December 4, 2023
- Plaintiff's surreply due December 11, 2023

SO ORDERED.

SIGNED on November _____, 2023.

_____
Peter Bray
United States Magistrate Judge