UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MATTHEW C. ZORN, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:22-cv-02396 |
| U.S. DEPARTMENT OF JUSTICE, ET AL. | § § § § | |
| Defendants. | § § | |

**[PROPOSED] ORDER**

The Court has considered Defendants' Motion to Dismiss (Dkt. 83), the response and reply thereto, and any arguments of counsel, and finds that the Motion should be **DENIED**. The Court has further considered Mr. Zorn's Motion for Summary Judgment, the response and reply thereto, and any arguments of counsel, and finds that summary judgment on whether the DEA is an "Agency" under 5 U.S.C. §§ 552(f) and (j) is **GRANTED**.

Accordingly, it is hereby **ORDERED** that Defendants' Motion to Dismiss (Dkt. 83) is **DENIED** in its entirety. It is **FURTHER ORDERED** that the DEA is an Agency under 5 U.S.C. §§ 552(f) and (j).

SIGNED at Houston, Texas, on _____ 2023.

PETER BRAY
UNITED STATES MAGISTRATE JUDGE