# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| MATTHEW ZORN, *Plaintiff*, v. U.S. DEPARTMENT OF JUSTICE, *et al.*, *Defendants*. | Civil Action No. 4:22-CV-02396 |

## JOINT MOTION FOR A STATUS CONFERENCE AND TO CONTINUE THE DEADLINE TO SUBMIT A TRIAL SCHEDULE

Plaintiff, Matthew Zorn, and Defendants, the United States Department of Justice, et al., request that the Court set this matter for an in-person status conference and that the Court continue the February 23, 2024 deadline for the parties to file a proposed scheduling order. In support of this request, the parties show the Court the following:

1. On February 12, 2024, the Court issued an Order denying Plaintiff's motion for a preliminary injunction on the First Amendment claim. Doc. 91. The Court further Ordered the parties to submit a proposed scheduling order for an expedited trial on the merits by February 23, 2024. *Id.*

2. On February 16, 2024, the parties met and conferred about the schedule and next steps forward in this case. After conferring, the parties agree that further guidance from the Court would assist the parties in proposing a path forward that will be acceptable to the Court. Without further clarification from the Court, the parties will likely have to file dueling proposals and potentially objections.

3. The parties request that the February 23, 2024 deadline be continued. The parties further request that the Court set a new deadline as needed at the requested status conference.

For the foregoing reasons, the parties respectfully request that the Court set this matter for a status conference and continue the February 23, 2024 deadline to file a proposed schedule.

DATED: February 22, 2024	Respectfully Submitted,

ALAMDAR S. HAMDANI
United States Attorney

*s/ Jimmy A. Rodriguez*
Jimmy A. Rodriguez
Assistant United States Attorney
Southern District of Texas
Attorney in Charge
Texas Bar No. 24037378
Federal ID No. 572175
1000 Louisiana, Suite 2300
Houston, Texas 77002
Tel: (713) 567-9532
Fax: (713) 718-3303
jimmy.rodriguez2@usdoj.gov

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ James Powers*
JAMES R. POWERS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
(202) 353-0543
james.r.powers@usdoj.gov

Attorneys for Defendants

*/s/ Matthew C. Zorn*
Matthew C. Zorn
Yetter Coleman LLP
mzorn@yettercoleman.com
811 Main Street, Suite 4100
Houston, TX 77002

2

>T: (713) 632-8000
>F: (713) 632-8002
>
>Attorney for Plaintiff

**CERTIFICATE OF CONFERENCE**

Defendants have conferred with Plaintiff about this motion and the parties agreed to jointly seek the relief requested.

>*s/Jimmy A. Rodriguez*
> Jimmy A. Rodriguez
>Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I certify that on February 22, 2024, a true and correct copy of the foregoing was filed with the United States District Clerk for the Southern District of Texas and electronically served on all counsel of record via the District's ECF system.

>*s/Jimmy A. Rodriguez*
> Jimmy A. Rodriguez
>Assistant United States Attorney