# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| MATHEW ZORN,<br><br>        *Plaintiff*,<br><br>v.<br><br>MERRICK GARLAND, *et al.*,<br><br>        *Defendants*. | Civil Action No. 4:22-CV-02396 |

## ORDER SETTING STATUS CONFERENCE

Pending before the Court is the Parties' Joint Motion for a Status Conference and to Continue the Deadline to Submit a Trial Schedule. (Dkt. No. ___). After reviewing the Motion, the Court is of the opinion that it should be GRANTED.

A Status Conference is set for _____ at _____ in Courtroom 703 before Magistrate Judge Peter Bray.

The February 23, 2024 deadline for the parties to propose a scheduling order is continued, to be reset as needed at or after the Status Conference.

It is SO ORDERED.

Signed this ___ of February, 2024.

_____
Peter Bray
United States Magistrate Judge