United States District Court
Southern District of Texas
**ENTERED**
February 22, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

MATHEW ZORN,

    *Plaintiff,*

v.

MERRICK GARLAND, *et al.,*

    *Defendants.*

Civil Action No. 4:22-CV-02396

## ORDER SETTING STATUS CONFERENCE

Pending before the Court is the Parties' Joint Motion for a Status Conference and to Continue the Deadline to Submit a Trial Schedule. (Dkt. No. 92). After reviewing the Motion, the Court is of the opinion that it should be GRANTED.

A Status Conference is set for *March 8* at *2:30 pm* in Courtroom 703 before Magistrate Judge Peter Bray.

The February 23, 2024 deadline for the parties to propose a scheduling order is continued, to be reset as needed at or after the Status Conference.

It is SO ORDERED.

Signed this *22* of February, 2024.

_____
Peter Bray
United States Magistrate Judge