# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

AIMS Institute, PLLC, et al.

v.                                              Case Number: 4:22–cv–02396

Merrick Garland, et al.

---

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Peter Bray

**PLACE:**
Courtroom 703
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 3/8/2024

**TIME:** 02:30 PM

**TYPE OF PROCEEDING:** Status Conference

Date:    February 26, 2024

Nathan Ochsner, Clerk