UNITED STATES DISTRICT COURT · SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:22-cv-02396 |
|---|---|---|---|

MATTHEW ZORN

*versus*

MERRICK GARLAND, ET AL.

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Joshua Kolsky<br>U.S. Department of Justice<br>1100 L Street NW<br>Washington DC, 20005<br>202-305-7664; joshua.kolsky@usdoj.gov<br>DC (993430); California (282290) (inactive); Maryland (inactive) |
|---|---|

| Name of party applicant seeks to appear for: | All Defendants |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 2/28/2024 | Signed: *[signature]* |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____     _____
United States District Judge