United States District Court
Southern District of Texas
**ENTERED**
February 29, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:22-cv-02396 |
|---|---|---|---|

| MATTHEW ZORN |
|---|
| *versus* |
| MERRICK GARLAND, ET AL. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Joshua Kolsky<br>U.S. Department of Justice<br>1100 L Street NW<br>Washington DC, 20005<br>202-305-7664; joshua.kolsky@usdoj.gov<br>DC (993430); California (282290) (inactive); Maryland (inactive) |
|---|---|

| Name of party applicant seeks to appear for: | All Defendants |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 2/28/2024 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: Good Standing |
|---|
| Dated: 2/28/24  Clerk's signature *[signature]* |

**Order**

Dated: February 29, 2024

This lawyer is admitted *pro hac vice*.

*[signature]* Pet Bray U.S.M.J.
United States ~~District~~ Judge
Magistrate