| | |
|---|---|
| **Cause Number:** | 4:22-CV-2396 |
| **Style:** | Matthew C. Zorn, et al. v. U.S. Department of Justice, et al. |

**Appearances:**

| **Counsel:** | **Representing:** |
|---|---|
| Matthew Zorn | Pro Se |
| Jimmy Rodriguez | U.S. Department of Justice, et al. |
| Joshua Kolsky | |

| | | | |
|---|---|---|---|
| **Date:** | March 8, 2024 | **ERO:** | Yes |
| **Time:** | 2:15 – 2:34 p.m. | | |

## HEARING
## MINUTES AND ORDER

At the hearing the following rulings were made:

Within 14 days of the district judge's ruling on any objections to the undersigned's upcoming Memorandum and Recommendation on the pending motion to dismiss, the parties shall file a joint proposed scheduling order. Plaintiff may also file a motion for discovery at the same time.

The Clerk will file the Minutes and Order and provide copies to the parties.

_____
Peter Bray
United States Magistrate Judge