United States District Court
Southern District of Texas
**ENTERED**
August 30, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

MATHEW ZORN,

    *Plaintiff,*

v.

MERRICK GARLAND, *et al.,*

    *Defendants.*

Civil Action No. 4:22-CV-02396

## SCHEDULING ORDER

After considering the Parties' Joint Proposed Schedule for the resolution of this case, the Court enters the following schedule:

| | |
|---|---|
| Deadline for Plaintiff to file a motion for summary judgment | September 30, 2024 |
| Deadline for Defendants to file a combined opposition to Plaintiff's motion and a cross-motion for summary judgment | October 30, 2024 |
| Deadline for Plaintiff to file a combined opposition to Defendants' cross-motion and reply in support of Plaintiff's motion | November 20, 2024 |
| Deadline for Defendants to file a reply in support of Defendants' cross-motion | December 16, 2024 |

Signed at Houston, Texas on  Aug. 30 , 2024.

_____
Peter Bray
United States Magistrate Judge