Case 4:22-cv-02396   Document 110   Filed on 10/25/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 28, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MATTHEW C. ZORN, *Plaintiff*, v. U.S. DEPARTMENT OF JUSTICE, *et al.*, *Defendants*. | Civil Action No. 4:22-CV-02396 |

### ORDER EXTENDING DEADLINE

Pending before the Court is Defendants' Unopposed Motion to Extend Time to File Opposition to Plaintiff's Motion for Summary Judgment and Cross-Motion for Summary Judgment. The motion is hereby **GRANTED**.

Defendants shall file their Opposition to Plaintiff's Motion for Summary Judgment and Cross-Motion for Summary Judgment on or before November 6, 2024.

It is **SO ORDERED**.

Signed this 25 day of October, 2024.

_____
Peter Bray
United States Magistrate Judge