UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MATTHEW C. ZORN, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:22-cv-02396 |
| U.S. DEPARTMENT OF JUSTICE, ET AL. | § § § § | |
| Defendants. | § § | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** (ECF 108)

On September 30, 2024, Plaintiff Matthew C. Zorn filed a Motion for Summary Judgment (ECF 108) (the "Motion"). Defendants sought and obtained a 16-day extension to respond. ECF 109. Mr. Zorn's reply in support of the Motion is currently due November 20, 2024.

Mr. Zorn respectfully requests a 12-day extension to file a reply in support of the Motion. The new response deadline would be **December 2, 2024**.

Mr. Zorn has conferred with Defendants' counsel. Defendants indicated they do not oppose the requested extension.

Dated: November 19, 2024

Respectfully submitted,

*/s/ Matthew C. Zorn*
Matthew C. Zorn
YETTER COLEMAN LLP
mzorn@yettercoleman.com
811 Main Street, Suite 4100
Houston, TX 77002
T: (713) 632-8000
F: (713) 632-8002

Shane Pennington
PORTER WRIGHT MORRIS & ARTHUR
spennington@porterwright.com
2020 K Street, NW, Suite 600
Washington, D.C. 20006
T: (202) 778-3005
F: (202) 778-3063

### CERTIFICATE OF CONFERENCE

I certify that on November 15, 2024, I conferred via email with counsel for Defendants regarding the relief requested in this motion. Counsel for Defendants indicated that Defendants do not oppose the relief requested.

*/s/ Matthew C. Zorn*
Matthew C. Zorn

### CERTIFICATE OF SERVICE

I certify that on November 19, 2024, a true and correct copy of the foregoing was served on the counsel of record through the Court's electronic filing system.

*/s/ Matthew C. Zorn*
Matthew C. Zorn