United States District Court
Southern District of Texas
**ENTERED**
November 21, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MATTHEW C. ZORN, § § Plaintiff, § § v. § U.S. DEPARTMENT OF JUSTICE, ET AL. § § Defendants. § | Civil Action No. 4:22-cv-02396 |

### ORDER

The Court, having considered the Unopposed Motion for Extension of Time, hereby GRANTS the Motion.

It is HEREBY ORDERED that Mr. Zorn's deadline to file his reply in support of his Motion for Summary Judgment is extended until **December 2, 2024**.

SIGNED at Houston, Texas, on _Nov. 20_ 2024.

_____
PETER BRAY
UNITED STATES MAGISTRATE JUDGE