UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MATTHEW C. ZORN,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>*Defendants*. | Civil Action No. 4:22-CV-02396 |

## DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT

Defendants U.S. Department of Justice, *et al.*, respectfully move for a seven-day extension of the deadline to file Defendants' reply in support of Defendants' cross-motion for summary judgment in this case. The current deadline is December 16, 2024. ECF No. 107. Defendants seek an extension until December 23, 2024. Counsel for Defendants conferred with Plaintiff who stated that he does not oppose the requested extension.

Good cause supports this Motion. Under the briefing schedule initially entered by the Court, Defendants had 26 days to draft Defendants' reply brief. Due to subsequent changes to the schedule, that time has shortened to 14 days. Moreover, the undersigned counsel for Defendants is contending with several other upcoming deadlines in other lawsuits, including depositions in the final weeks of a period of expedited discovery. Accordingly, additional time will be necessary to prepare the reply.

For these reasons, Defendants respectfully seek a seven-day extension of time until December 23, 2024 to file Defendants' summary judgment reply.

DATED: December 11, 2024

Respectfully Submitted,

1

*s/Jimmy A. Rodriguez*
Jimmy A. Rodriguez
Assistant United States Attorney
Southern District of Texas
Attorney in Charge
Texas Bar No. 24037378
Federal ID No. 572175
1000 Louisiana, Suite 2300
Houston, Texas 77002
Tel: (713) 567-9532
Fax: (713) 718-3303
jimmy.rodriguez2@usdoj.gov


BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*s/Joshua Kolsky*
Joshua M. Kolsky
Senior Trial Counsel
Civil Division, Federal Programs Branch
U.S. Department of Justice
Texas Bar No. 24092989
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-7664
joshua.kolsky@usdoj.gov

Attorneys for Defendants


## CERTIFICATE OF CONFERENCE

Defendants have conferred with Plaintiff about this motion and Plaintiff is not opposed.


*s/ Joshua Kolsky*
Joshua Kolsky
Senior Trial Counsel

2

## **CERTIFICATE OF SERVICE**

I certify that on December 11, 2024, a true and correct copy of the foregoing was filed with the United States District Clerk for the Southern District of Texas and electronically served on all counsel of record via the District's ECF system.

*s/ Joshua Kolsky*
Joshua Kolsky
Senior Trial Counsel