United States District Court
Southern District of Texas
**ENTERED**
December 12, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MATTHEW C. ZORN, <br> *Plaintiff*, <br> v. <br> U.S. DEPARTMENT OF JUSTICE, *et al.*, <br> *Defendants*. | Civil Action No. 4:22-CV-02396 |

### ORDER EXTENDING DEADLINE

Pending before the Court is Defendants' Unopposed Motion to Extend Time to File Reply in Support of Cross-Motion for Summary Judgment. The motion is hereby **GRANTED**.

Defendants shall file their Reply in Support of Cross-Motion for Summary Judgment on or before December 23, 2024.

It is **SO ORDERED**.

Signed this \_\_11\_\_ day of \_\_December\_\_, 2024.

_____
Peter Bray
United States Magistrate Judge