UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MATTHEW C. ZORN, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:22-cv-02396 |
| U.S. DEPARTMENT OF JUSTICE, ET AL. | § § § § | |
| Defendants. | § § | |

**NOTICE OF STIPULATED DISMISSAL PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Matthew C. Zorn and Defendants stipulate to a dismissal of all claims asserted in the above-captioned matter, with each side to bear their own costs and fees.

Dated: May 1, 2025                                              Respectfully submitted,

*/s/ Jimmy A. Rodriguez*                                        */s/ Matthew C. Zorn*
Jimmy A. Rodriguez                                              Matthew C. Zorn
Assistant United States Attorney                                YETTER COLEMAN LLP
Southern District of Texas                                      mzorn@yettercoleman.com
Attorney in Charge                                              811 Main Street, Suite 4100
Texas Bar No. 24037378                                          Houston, TX 77002
Federal ID No. 572175                                           T: (713) 632-8000
1000 Louisiana Street, Suite 2300                               F: (713) 632-8002
Houston, Texas 77002
Tel: (713) 567-9532
Fax: (713) 718-3303
jimmy.rodriguez@usdoj.gov

Attorney for Defendant

**CERTIFICATE OF SERVICE**

I certify that on May 1, 2025, a true and correct copy of the foregoing was served on the counsel of record through the Court's electronic filing system.

*/s/ Matthew C. Zorn*
Matthew C. Zorn