**UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS**

Matthew C. Zorn,
        Plaintiff,

*versus*

U.S. Department of Justice, et al.,
        Defendants.

§
§
§
§
§
§
§
§
§
§

Civil Action: H-22-2396

# Notice of Dismissal

It appears upon the representation of the parties and from the record that a stipulation of dismissal was filed and signed by all parties.

Therefore, the case is dismissed as authorized by Federal Rule of Civil Procedure 41(a)(1)(A)(ii). All taxable costs, expenses, and attorneys' fees shall be borne by the party incurring the same.

CLERK OF COURT

DATED: <u>May 1, 2025</u>

Deputy Clerk